**UNITED STATES OF AMERICA**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 22 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| <u>Ana Aguirre, et al</u> | § |
| | § |
| | § |
| vs. | §   CA/CR  <u>C-00-61</u> |
| | § |
| | § |
| <u>Citgo</u> | § |

### NOTICE OF TRANSFER

This case has been transferred to U. S. District Judge <u>Hayden W. Head, Jr.</u> for the reason that:

    (X)    Agreement between the Judges.

    ( )    Case in exchange for CA/CR _____ which was transferred due to:

          ( )    Recusal.

          ( )    Bankruptcy related case.

          ( )    Agreement between judges.

          ( )    Consent to proceed before the U.S. Magistrate Judge filed.

          ( )    Other:

Cut-off dates in existing scheduling/docket control orders remain in effect. However, all court settings are canceled. The receiving court will issue new court settings.

Counsel are instructed to notify the appropriate Case Manager by letter of pending motions.

Michael N. Milby, Clerk

Date: <u>February 22, 2000</u>    By:/s/
                                            Deputy Clerk