IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM CORP., ET AL. | § | |

## MEMORANDUM AND ORDER

The Court is very dubious that the amount in controversy exceeds $75,000 per plaintiff. The parties are ordered to confer on amount-in-controversy jurisdictional issues and file no later than March 3, 2000, a discovery plan to ascertain the damages claimed by the plaintiffs, which, at a minimum, would include injuries sustained, treatment received, medical costs paid, together with a description of any present injuries or illnesses still being suffered and demand made. Within 30 days thereafter, all information on damages will be furnished by plaintiffs to defendants in an electronic format. Failure to furnish the information in a timely fashion is grounds for dismissal.

The Court also orders the Citgo defendants to furnish Al Prebula for deposition on the issue of fraudulent joinder. The deposition will be concluded within 30 days from the date of this order. The deposition will not exceed four hours in length. The Court anticipates an order similar to this to be entered in other Citgo explosion cases. The deposition is to be consolidated for these cases. All plaintiffs in all cases are to share the four hours. The

deposition taken will be filed with the Court and serve as the basis of any motion on the part of plaintiffs to remand[1].

In furtherance of this litigation, plaintiffs will furnish to defendants within 90 days the identity of ALL experts that will appear and testify, including but not limited to air modelers and medical causation experts. Within 30 days thereafter, plaintiffs will furnish to defendants a copy of each expert's COMPLETE REPORT. The Defendants shall do the same on that date. Experts not timely designated WILL NOT TESTIFY. Experts will not be allowed to testify at trial outside of their expert report. Motions to challenge the qualifications of the experts must be filed within 10 days after the expert's report is furnished, together with a request for hearing if a hearing is desired.

No trial date will be given until plaintiffs furnish all of the information ordered. The parties shall also proceed with mandatory disclosures under Fed. R. Civ. P. Rule 26 if not already accomplished.

ORDERED this __22__ day of __Feb_____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

---

[1] A motion to remand for lack of subject matter jurisdiction may be filed at any time before final judgment. See *Cavillini v. State Farm Mut. Auto Ins. Co.,*, 44 F.3d 256, 264 (5th Cir. 1995); see also *Williams v. Spark Plugs Div. Of General Motors Corp.*, 985 F.2d 783, 786 (5th Cir. 1993).