UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 07 2000
MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANA AGUIRRE, ET AL., | * |
| | * |
| VS. | * CIVIL ACTION NO. C-00-61 |
| | * |
| CITGO PETROLEUM CORP. ET AL. | * |

<u>PLAINTIFFS' ADVISORY TO THE COURT</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now come the Plaintiffs in the above-entitled and numbered cause, and file this advisory pursuant to the Order of the Court of February 22, 2000, and would show to the Court as follows:

1. A portion of the Order in question orders the parties to produce by March 3, 2000, the following: "The parties are ordered to confer on amount-in-controversy jurisdictional issues and file no later than March 3, 2000, a discovery plan to ascertain the damages claimed by the plaintiffs, which, at a minimum, would include injuries sustained, treatment received, medical costs paid, together with a description of any present injuries or illnesses still being suffered and demand made." It is the belief of the Plaintiffs that questionnaires which currently had been provided to the electronic database for the collective Citgo Plaintiffs satisfies the deadline of March 3, 2000, a copy of which questionnaire is attached hereto, and labeled as Exhibit "A" for purposes of demonstration only.

5.

2. There are some Plaintiffs represented by the undersigned who have nbot completed and returned questionnaires to be filed appropriately, and the Plaintiffs request that the Court order the filing of the unfiled questionnaires within a reasonable time period.

3. If the Court is of the opinion that the questionnaire attached as Exhibit "A" does not satisfy the March 3, 2000 deadline, then the Plaintiffs request a reasonable period of time for compliance.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Plaintiffs be deemed to be in compliance with the March 3, 2000 deadline, or, in the alternative, that the Plaintiffs have a reasonable time within which to comply.

Respectfully submitted,

HALL & BATES, L.L.P.

By: _____
Thomas C. Hall
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX  78205
210/222-2000
210/222-1156 (Fax)
State Bar #08774550
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing Advisory to the Court has been mailed to Ralph F. Meyer and Jack C. Partridge, 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476 and to Jeff Sherwood, 1333 New Hampshire Aven., N.W., Suite 400, Washington, D.C. 20036, on this the 3 day of _____March_____, 2000.

_____
Thomas C. Hall

# EXHIBIT "A"

ClibPDF - www.fastio.com

# CITGO QUESTIONNAIRE

PERSONAL / LOCATION INFORMATION:

First Name: _____    Last Name: _____    Middle Initial: ____

Present Address: _____ City: _____ State: ____ Zip: _____

Present Home Phone No.: (___) _____    Present Work Phone No.: (___) _____

Home Address on May 12, 1997: _____

Date of Birth: _____    Social Security No.: _____

Driver's License No.: _____

Name of Legal Guardian if client is a minor: _____

Preferred Language:    English _____    Spanish _____

Sex:   Male _____        Female _____

Children's Name:            Date of Birth:

_____            _____

_____            _____

_____            _____

What was your location and address on the day of the explosion, May 12, 1997, until the following morning?

| Time | Location | Address | City |
|---|---|---|---|
| 9:00-10:00 p.m. | _____ | _____ | _____ |
| 10:00-11:00 p.m. | _____ | _____ | _____ |
| 11:00-12:00 p.m. | _____ | _____ | _____ |
| 12:00 p.m.-1:00 a.m. | _____ | _____ | _____ |
| 1:00-2:00 a.m. | _____ | _____ | _____ |
| 2:00-3:00 a.m. | _____ | _____ | _____ |
| 3:00-4:00 a.m. | _____ | _____ | _____ |
| 4:00-5:00 a.m. | _____ | _____ | _____ |

```
5:00-6:00 a.m.   _____    _____    _____
6:00-7:00 a.m.   _____    _____    _____
7:00-8:00 a.m.   _____    _____    _____
8:00-9:00 a.m.   _____    _____    _____
```

## MEDICAL INFORMATION:

Do you think you were exposed to the chemicals released in the explosion?

Yes_____   No_____

Did you see smoke or cloud?   Yes_____   No_____

Did you notice an unusual smell?   Yes_____   No_____

Did you experience the following as a result of the explosion?

**SKIN IRRITATION OR RASH:**   Yes_____   No_____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week_____

Some time later_____

How long did the symptoms last?

_____hrs.   _____days   _____weeks   _____months   _____or going

**HEADACHE:**   Yes_____   No_____

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week_____

Some time later_____

How long did the symptoms last?

_____hrs.   _____days   _____weeks   _____months   _____ongoing

**TOOTHACHE:**   Yes____   No____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week____

Some time later_____

How long did the symptoms last?

____hrs.   ____days   ____weeks   ____months   ____ongoing

**ITCHY OR BURNING EYES:**   Yes____   No____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week____

Some time later_____

How long did the symptoms last?

____hrs.   ____days   ____weeks   ____months   ____ongoing

**ITCHY OR RUNNY NOSE:**   Yes____   No____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week____

Some time later_____

How long did the symptoms last?

____hrs.   ____days   ____weeks   ____months   ____ongoing

**NAUSEA, VOMITING OR STOMACH ACHE**   Yes_____   No_____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week_____

Some time later_____

How long did the symptoms last?

_____hrs.   _____days   _____weeks   _____months   _____ongoing

**COUGHING OR SORE THROAT:**   Yes_____   No_____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week_____

Some time later_____

How long did the symptoms last?

_____hrs.   _____days   _____weeks   _____months   _____ongoing

**HEARING PROBLEMS:**   Yes_____   No_____

How soon after the explosion did the symptoms begin?

Immediately_____   Within 10 minutes_____   Within 1 hour_____

Within 5 hours_____   Next day_____   Next week_____

Some time later_____

How long did the symptoms last?

**DIFFICULTY WITH URINATION:**   Yes_____   No_____

How soon after the explosion did the symptoms begin?

Immediately_____    Within 10 minutes_____    Within 1 hour_____

Within 5 hours_____    Next day_____    Next week_____

Some time later_____

SWELLING OR PAIN IN JOINTS:    Yes_____    No_____

How soon after the explosion did the symptoms begin?

Immediately_____    Within 10 minutes_____    Within 1 hour_____

Within 5 hours_____    Next day_____    Next week_____

Some time later_____

OTHER:    Yes_____    No_____

If you noticed any other physical problems, describe the physical problems:

How soon after the explosion did the symptoms begin?

Immediately_____    Within 10 minutes_____    Within 1 hour_____

Within 5 hours_____    Next day_____    Next week_____

Some time later_____

IF YOU WERE UPSET BY THE EXPLOSION AND FIRE, TELL US HOW:

_____

_____

_____

Have you ever made a claim against a company or person for exposure to chemicals?

Yes_____    No_____

Name of Company: _____

Approximate date of exposure: _____

Type of exposure: _____

ARE THERE ANY OTHER SYMPTOMS:     Yes____     No____

If Yes:          How soon after the explosion did the symptoms begin?

Immediately____          Within 10 minutes____          Within 1 hour_____

Within 5 hours____          Next day____          Next week____

Some time later____

Did you go to the emergency Room as a result of your symptoms?

          Yes____     No____

Name of Hospital_____

Were you hospitalized?          Yes____     No____

Did you have any diagnostic studies?     Yes____     No____

Were you prescribed medication?          Yes____     No____

Diagnosis_____     Amount charged for visit_____

Did you see any doctors for treatment of your injuries as a result of the explosion?

Yes____     No____

If yes, Name of Doctor_____          Date of Visit_____

Medication prescribed_____          Amount charged for visit_____

Diagnosis_____

Name of Doctor_____          Date of Visit_____

Medication prescribed_____          Amount charged for vis.t_____

Diagnosis_____

Name of Doctor_____   Date of Visit_____

Medication prescribed_____   Amount charged for visit_____

Diagnosis_____

Pre-existing medical history:

Asthma:        Yes_____   No_____

Pulmonary:     Yes_____   No_____

Do you smoke:  Yes_____   No_____

PRIOR DOCTORS:

Doctor's Name_____   Address_____

Doctor's Name_____   Address_____

Doctor's Name_____   Address_____

Tell us the name of any doctor or hospital that you have seen, and the time that you saw the doctor or went to the hospital, for the following:

A.   Doctors or hospitals that you have seen for any sort of chemical exposure:

_____

B.   Doctors or hospitals you have seen for any sort of on-the-job injury:

_____

C.   Doctors or hospitals you have seen for any sort of injury lawsuit:

_____

D.   Doctors or hospitals that you have seen for any sort of asthma or other pulmonary condition:

_____

E.   Your family or regular doctors over the last 10 years:

_____

## PROPERTY DAMAGE:

Did you suffer any property damage?

Home:   Yes____   No____         Car:   Yes____   No____

Description of damage: _____

Do you have any photographs of your injuries or damage to your property?

Yes____   No____

## EMPLOYMENT INFORMATION:

Please list the last three jobs you had up to the explosion on May 12, 1997:

Job on 5/12/97 or closest to 5/12/97:

Employer's Name: _____

Dates of Employment: _____

Job Duties: _____

Do you work with chemicals in this job?     Yes____   No____

If yes, what kind? _____

Previous Job:

Employer's Name: _____

Dates of Employment: _____

Job Duties: _____

Do you work with chemicals in this job?     Yes____   No____

If yes, what kind? _____

Previous Job:

Employer's Name: _____

Dates of Employment: _____

Job Duties: _____

Do you work with chemicals in this job?     Yes____     No____

If yes, what kind? _____

Did you lose any wages or income as a result of the explosion?

Yes____     No____

Time lost from work:_____

Amount of lost wages or income:_____

Did you have any other kind of out-of-pocket expense or money lost as a result of the explosion of May 12, 1997?

Yes____     No____

If yes, what kind of expense or loss, and how much?

Have you ever made a claim against a company or person for exposure to chemicals

CITGO CONTACT:

Have you ben contacted by any Citgo representatives as a result of the explosion?

    Yes____     No____

If yes, by phone_____     by letter_____     in person_____

Did you call the Citgo 800 number?     Yes____     No____

Claim Number if assigned: _____