United States District Court
Southern District of Texas
FILED
MAR 16 2000
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM | § | |
| CORPORATION, ET AL. | § | |

## JOINT MOTION TO EXTEND TIME FOR DEPOSITIONS

COME NOW the Plaintiffs and the Defendants and jointly file this Motion to extend the deadline of obtaining the depositions of Al Prebula and H. B. Zachry Company in the captioned matter.

### I.

Pursuant to the Court's Order of February 22, 2000, the parties agreed to obtain the deposition of Al Prebula and of a representative of H. B. Zachry Company before March 24, 2000. Despite the parties' best efforts and due to circumstances beyond their control, the parties have not been able to obtain the depositions. The parties had agreed to proceed with the deposition of Al Prebula on March 16, 2000, and all attorneys, even out-of-town counsel, had arrived to begin the deposition. At the last minute, the witness, however, was unable to attend due to weather conditions in Houston. The parties have agreed to proceed with the depositions on April 3 and 4, 2000.

### II.

The parties respectfully request that the Court grant this Joint Motion to extend the deadline to obtain the depositions of Al Prebula and the representative of H. B. Zachry Company until and including April 4, 2000.

43256:914282.1:031600

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant this Motion to Extend Deadline for Depositions, and pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

HALL & BATES, L.L.P.

By: *Michael [illegible] w/ permission*

Thomas C. Hall
State Bar No. 08774550
205 N. Presa St.
Building B, Suite 300
San Antonio, Texas 78205
(210) 222-2000
(210) 222-1156 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

*Jeff Sherwood by Ralph May w/ permission*

Jeffrey K. Sherwood
S.D. Tex. Bar No. 21427
State Bar No. 24009354
Cheryl A. Falvey
S.D.Tex. Bar No. 21658
Tracy B. McKibben
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
1333 New Hampshire Avenue, N.W., Suite 400
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Facsimile

**ATTORNEYS IN CHARGE FOR DEFENDANTS**

Ralph F. Meyer
Fed. ID. No. 2831
State Bar No. 13994300
Jack C. Partridge
Fed. ID. No. 10470
State Bar No. 15534600
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
(361) 884-8808
(361) 884-7261 Facsimile

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

**ATTORNEYS FOR DEFENDANTS CITGO PETROLEUM CORPORATION AND CITGO REFINING AND CHEMICALS COMPANY, L.P.**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM | § | |
| CORPORATION, ET AL. | § | |

## ORDER

CAME ON BEFORE THE COURT, Plaintiffs and Defendants' Joint Motion to Extend the Time for Depositions of Al Prebula and a representative of H. B. Zachry Company, and the Court having considered said motion and finding it well-founded, it is, THEREFORE,

ORDERED that the time for obtaining the depositions of Al Prebula and the representative for H. B. Zachry Company is EXTENDED through April 4, 2000.

SIGNED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

43256:914344.1:031600