UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM | § | |
| CORPORATION, ET AL. | § | |

## ORDER

CAME ON BEFORE THE COURT, Plaintiffs and Defendants' Joint Motion to Extend the Time for Depositions of Al Prebula and a representative of H. B. Zachry Company, and the Court having considered said motion and finding it well-founded, it is, THEREFORE,

ORDERED that the time for obtaining the depositions of Al Prebula and the representative for H. B. Zachry Company is EXTENDED through April 4, 2000, *but not after*.

SIGNED this _20_ day of _March_, 2000.

_____
UNITED STATES DISTRICT JUDGE

43256:914344.1:031600