IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 23 2000

MICHAEL N. MILBY, CLERK

ANA AGUIRRE, et al.,     *
    *
    Plaintiffs     *
    *
VS.     *     CIVIL ACTION NO. C-00-61
    *
CITGO PETROLEUM CORPORATION, *
et. al.,     *
    Defendants     *

## PLAINTIFFS' EXPERT WITNESS DESIGNATION

The Plaintiffs herein hereby designate the following expert witnesses with regard to the captioned case:

Ronald A. Britton, Rohill Operating Company, Ltd., Rohill Building, Suite 200, 3100 North A Street, Midland, TX 79705, 915/686-0022, Plant Operations.

John Cayias, Cayias Consulting, 15 Vista Cliff Place, Richardson, TX 75080, 972/839-7891, Plant Operations.

Fred Cox, EPL, 9862 Plano Drive #100, Dallas, TX 75238, 214/349-1491, Metallurgy.

Marco Kaltofen, Boston Chemical Data, P.O. Box 812392, Wellesley, MA 02181, 508/653-5588, Dispersion and Impact of Chemical Agents.

Mike Krismer, 517 Ronson Drive, Corpus Christi, TX 78412, 361/993-4438, Property Damage, Cause and Cost of Report.

William T. Lowry, Ph.D., William T. Lowry, Ph.D., Inc., 733B North Fielder Road, Arlington, TX 76012, 817/469-1115, Toxicology.

Allen Pohlers, 265 Eastgate, Corpus Christi, TX 78408, 512/882-4434, Plant Operations.

William R. Sawyer, Ph.D., Toxicology Consultants and Assessment Specialists, Inc., 2155 Singing Woods Drive, Skaneateles, NY 13152, 800/308-0080.

Joseph P. Sobel, Ph.D., Accu-Weather, Inc., 619 W. College Avenue, State College, PA 16801, Weather.

Robert N. Swanson, Climatological Consulting Corporation, 1216 Babel Lane, Concord, CA 94518, 510/676-2228, Meteorologist, Air Modeler.

Melvin Tamez, Safety & Health Consultant, 1551 Daytona Drive, Corpus Christi, TX 78415, 512/851-0418, Plant Safety.

Michael Wolfson, M.D., M.P.H., P.O. Box 47, Dewitt, NY 13214, 315/449-1707, Medical Effects of Toxic Chemicals.

Additionally, Plaintiffs hereby designate and incorporate herein any and all individuals designated by any other party as expert witnesses.

Dr. Michael Kilgore, and/or Custodian of Medical Records and/or Custodian of Billing Records, 3600 N. 23rd Street, #201, McAllen, TX 78501, 210/687-6196.

Nichols Southside Pharmacy, and/or Custodian of Records, 3141 Gollihar, Corpus Christi, TX 78415, 361/852-8288.

Spohn Memorial Medical Center, Dr. Robert Wiggins, and/or Custodian of Medical Records and/or Custodian of Billing Records, 2606 Hospital Boulevard, Corpus Christi, TX 78405, 361/881-9200.

Driscoll Children's Hospital and Clinic, and/or Custodian of Medical Records and/or Custodian of Billing Records, 3533 S. Alameda, Corpus Christi, TX 78411, 361/694-6744.

Dr. Abimael Perez, and/or Custodian of Medical Records and/or Custodian of Billing Records, 2727 Morgan Avenue #100, Corpus Christi, TX 78405, 361/887-6601.

Dr. Espina, and/or Custodian of Medical Records and/or Custodian of Billing Records, 5525 S. Staples, Corpus Christi, Texas, 361/993-9500.

David Feltoon, Ph.D., Feltoon & Associates, and/or Custodian of Medical Records and/or Custodian of Billing Records, 5315 Everhart, Suite 8, Corpus Christi, TX 78411, 361/857-2234.

Dr. Socorro A. Talosia, and/or Custodian of Medical Records and/or Custodian of Billing Records, 402 Winfree, Dayton, TX 77535.

El Centro Del Barrio Healthcare for the Homeless, and/or Custodian of Medical Records and/or Custodian of Billing Records, 920 W. Commerce Street, San Antonio, TX 78207.

Vela Medical Clinic, and/or Custodian of Medical Records and/or Custodian of Billing Records, 2201 Cleo, Corpus Christi, TX 78405, 361/884-4960.

Dr. Hector P. Garcia, and/or Custodian of Medical Records and/or Custodian of Billing Records, 2606 Hospital Boulevard, Corpus Christi, TX 78405.

Rodriguez Vicente, and/or Custodian of Medical Records and/or Custodian of Billing Records, 2601 Hospital Boulevard, Corpus Christi, TX 78405, 361/884-8209.

Dr. Iden Don, and/or Custodian of Medical Records and/or Custodian of Billing Records, 4521 S. Staples, Corpus Christi, TX, 361/993-9361.

Dr. Timothy D. Van Frank, and/or Custodian of Medical Records and/or Custodian of Billing Records, 7121 SPID, Corpus Christi, TX, 361/991-7109.

Dr. McFarland, Corpus Christi, Texas, and/or Custodian of Medical Records and/or Custodian of Billing Records.

Dr. Espina, and/or Custodian of Medical Records and/or Custodian of Billing Records, Corpus Christi, Texas.

Plaza Medical Clinic, and/or Custodian of Medical Records and/or Custodian of Billing Records, Corpus Christi, Texas.

Dr. Robert Jakubowski, and/or Custodian of Medical Records and/or Custodian of Billing Records, Corpus Christi, Texas.

Respectfully submitted,

HALL & BATES, L.L.P.

By: _____
Thomas C. Hall
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX 78205
210/222-2000 - 210/222-1156(Fax)
State Bar #08774550
Federal #7616
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing Designation has been mailed to Ralph F. Meyer and Jack C. Partridge, 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476 and to Jeff Sherwood, 1333 New Hampshire Aven., N.W., Suite 400, Washington, D.C. 20036, on this the ___ day of _____, 2000.

_____
Thomas C. Hall