United States District Court
Southern District of Texas
FILED

JUN 22 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANA AGUIRRE, et al., | * |
| | * |
| Plaintiffs | * |
| | * |
| VS. | *   CIVIL ACTION NO. C-00-61 |
| | * |
| CITGO PETROLEUM CORPORATION, et. al., | * |
| | * |
| Defendants | * |

## MOTION TO EXTEND DEADLINE TO PROVIDE EXPERT REPORTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. Movants herein would demonstrate that they have been working in conjunction with the Plaintiffs lawyers in the other Citgo cases and relying upon them for the expert witness testimony in these cases.

2. Apparently an Order was entered in the other Citgo cases extending deadlines for providing expert reports, although the same was not done in this cause number.

3. Movants herein would request that the Court extend the deadlines regarding the expert reports in question to coincide with the deadlines in the other cases.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Motion be in all things granted.

Respectfully submitted,

HALL & BATES, L.L.P.

By: _____
Thomas C. Hall
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX 78205
210/222-2000 - 210/222-1156(Fax)
State Bar #08774550
Federal #7616
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

A true and correct copy of the above and foregoing MOTION has been mailed to Ralph F. Meyer and Jack C. Partridge, 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476 and to Jeff Sherwood, 1333 New Hampshire Aven., N.W., Suite 400, Washington, D.C. 20036, on this the 21 day of June, 2000.

_____
Thomas C. Hall

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, et al., | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. C-00-61 |
| | * | |
| CITGO PETROLEUM CORPORATION, | * | |
| et. al., | * | |
| Defendants | * | |

## ORDER

On this the ____ day of _____, 2000, came on to be heard the Motion to Extend Deadline to Provide Expert Reports, and, the Court, being of the opinion that the same should be granted, the following Order shall issue:

It is ORDERED that the Plaintiff's deadline for the production of expert reports be extended to July 22, 2000.

SIGNED on this the _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

HALL & BATES, L.L.P.


By: _____
Thomas C. Hall
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX 78205
210/222-2000 - 210/222-1156(Fax)
State Bar #08774550
Federal #7616
**ATTORNEYS FOR PLAINTIFFS**