United States District Court
Southern District of Texas
FILED

JUN 27 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANA AGUIRRE, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-61 |
| § | |
| CITGO PETROLEUM CORPORATION, § | |
| et al. § | |
| Defendants. § | |

## DEFENDANT AL PREBULA'S MOTION FOR SUMMARY JUDGMENT

Defendant Al Prebula ("Prebula"), by and through his undersigned counsel, moves this Court to grant summary judgment in the above-entitled matter as plaintiffs have produced no evidence, and none exists, which supports their claim that Defendant Prebula contributed to the cause of their alleged injuries. Consequently, there exists no genuine issue of material fact and Prebula is entitled to summary judgment as a matter of law.

WHEREFORE, PREMISES CONSIDERED, for all of the reasons stated in the accompanying memorandum, this Court should grant Defendant Prebula's Motion for Summary Judgment and such other relief as is just and proper.

## REQUEST FOR ORAL HEARING

Defendant Al Prebula requests an oral hearing on all issues raised in his Motion for Summary Judgment and his Memorandum in Support thereof.

Respectfully submitted,

By: *Ralph Meyer*
Ralph F. Meyer
State Bar No. 13994300
S.D. Tex. Bar No. 2831
Jack C. Partridge
State Bar No. 15534600
S.D. Tex. Bar No. 10470
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
361/884-8808
361/884-7261 (FAX)

Jeffrey K. Sherwood
State Bar No. 24009354
S.D. Tex. Bar No. 21427
Cheryl A. Falvey
S.D. Tex. Bar No. 21658
Tracy B. McKibben
S.D. Tex. Bar No. 24551
AKIN, GUMP, STRAUSS, HAUER &
    FELD, L.L.P.
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 (FAX)

ATTORNEYS FOR DEFENDANT
AL PREBULA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel of record, via certified mail, return receipt requested, this 26th day of June, 2000.

**CERTIFIED MAIL**
**Return Receipt Requested**

Thomas C. Hall, Esq.
Hall & Bates, L.L.P.
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX 78205

Of Royston, Rayzor, Vickery & Williams, L.L.P.

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-61 |
| CITGO PETROLEUM CORPORATION, et al. | § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT AL PREBULA'S MOTION FOR SUMMARY JUDGMENT

This Court, having considered Defendant Al Prebula's Motion for Summary Judgment, it is hereby ORDERED that Defendant Al Prebula's Motion for Summary Judgment is GRANTED, and all plaintiffs' claims against Defendant Prebula are dismissed with prejudice.

SIGNED on this _____ day of _____, 2000.

_____
HONORABLE HAYDEN HEAD, JR.
UNITED STATES DISTRICT JUDGE

43256:927081.1:062600