**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 2 7 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-61 |
| | § | |
| CITGO PETROLEUM CORPORATION, | § | |
| et al. | § | |
| **Defendants.** | § | |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT AL PREBULA'S MOTION FOR SUMMARY JUDGMENT**

Defendant Al Prebula ("Prebula"), by and through his undersigned counsel, respectfully submits this memorandum of law in support of his motion for summary judgment.

## I. INTRODUCTION

Defendant Prebula is entitled to judgment as a matter of law because the uncontradicted evidence establishes that there is no genuine issue of material fact regarding his involvement with plaintiffs' alleged injuries. Plaintiffs allege causes of action in tort for injuries suffered as a result of a May 12, 1997 fire at Defendant CITGO Petroleum Corporation's Corpus Christi, Texas refinery. Prebula is the former Corpus Christi plant manager. The uncontradicted evidence shows that Defendant Prebula was not the plant manager during the 1995 maintenance turnaround in the alkylation unit that is involved in the May 12th fire at the Corpus Christi refinery, and did not take any affirmative act with respect to the inspection or replacement of pipes during the 1995 turnaround. He was not present at the time of the explosion and outbreak of fire, and following the fire, he acted at all material times solely by virtue of authority granted by his employer to facilitate the purposes of his employment at the Corpus Christi refinery.

## II. **RELEVANT FACTS**

On May 12, 1997, a fire occurred at CITGO Petroleum Corporation's Corpus Christi, Texas refinery. At the time of the 1997 fire, Defendant Prebula was the plant manager. April 3, 2000 Deposition of Alvin W. Prebula ("Prebula Dep.") at 5:9-13 (attached hereto as Exhibit A). The fire occurred as a result of a ruptured 6" pipe in the alkylation unit of the Corpus Christi refinery that was not replaced. Affidavit of Alvin W. Prebula attached as Exhibit E to Defendants' Notice of Removal ("Prebula Removal Aff.") ¶ 9. The pipe was not replaced because a refinery engineer failed to designate the pipe for replacement during a 1995 turnaround at the alkylation unit. *Id.*

During the 1995 turnaround, Defendant Prebula was not the plant manager, but was the general manager of technical at the Corpus Christi refinery. Affidavit of Alvin W. Prebula in Support of Defendant Al Prebula's Motion for Summary Judgment ("Prebula Aff.") ¶¶ 2-3 (attached hereto as Exhibit B); Prebula Dep. 5:14-24; Prebula Removal Aff. at ¶ 6. As general manager of technical, Defendant Prebula was only responsible for managing the technical support of the refinery. Prebula Dep. 7:6-11; Prebula Aff. ¶ 3. He was not responsible for the maintenance or inspection of piping within the refinery. Prebula Dep. 10:2-3; Prebula Aff. at ¶ 5.

Approximately two years after the 1997 fire, on May 11, 1999, this case was filed by approximately 306 plaintiffs in state court against Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, L.P., (collectively, "CITGO"), H.B. Zachry Company, and Al Prebula. In their Petition, the plaintiffs assert that the negligence of Defendant Prebula proximately caused the May 12, 1997 fire that occurred at CITGO's Corpus Christi, Texas refinery. *See* Plaintiffs' Original Petition attached as Exhibit A of Defendants' Notice of Removal ¶ 4.

On February 11, 2000, CITGO removed the action to federal court pursuant to 28 U.S.C. § 1441, because Defendants Zachry and Prebula were improperly joined and the amount in controversy

exceeds $75,000. CITGO argued that Prebula was fraudulently joined in this action because he had no duty beyond the scope of his employment at CITGO. Defendant Prebula was dismissed in another lawsuit arising from the same facts as this action. *See* June 22, 1998 Order Denying Motion to Remand and Dismissing Defendant Al Prebula in *Saenz, et al. v. CITGO Petroleum Corp.*, C.A. No. 97-411 and *Robles, et al. v. CITGO Petroleum Corp.*, C.A. No. 97-412 attached as Exhibit C of Defendants' Notice of Removal. On September 17, 1999, the Court ruled that Defendant Prebula was not a proper defendant in other related actions involving the May 12th fire at CITGO's Corpus Christi refinery.[1]

On February 22, 2000, the Court issued a Memorandum and Order in the above-captioned case requiring CITGO to furnish Defendant Al Prebula for deposition.[2] February 22, 2000 Memorandum and Order (attached hereto as Exhibit D). On March 6, 2000, plaintiffs filed their Motion to Remand. Defendants CITGO and Prebula filed an Opposition to Plaintiffs' Motion to Remand on March 27, 2000. Defendant Prebula's deposition was taken on April 3, 2000, in Corpus Christi, Texas.

---

[1]      During a September 17, 1999 hearing, the Court ruled that Defendant Prebula was fraudulently joined in *Cavada, et al. v. CITGO Petroleum Corp., et al.*, C.A. No. C-99-227; *Barrera, et al. v. CITGO Petroleum Corp., et al.*, C.A. No. C-99-279; and *Vela, et al. v. CITGO Petroleum Corp., et al.*, C.A. No. C-99-254. *See* Transcript of September 17, 1999 Hearing at 94:22-25 (attached hereto as Exhibit C).

[2]      The Court ordered that the deposition be consolidated for this and other related cases. While the deposition was on the issue of fraudulent joinder, it necessarily entailed the question of whether Prebula could be held liable for plaintiffs' alleged injuries.

# III. ARGUMENT

## A. Standard for Summary Judgment

In a trilogy of cases, the United States Supreme Court interpreted the standards by which a district court should consider a motion for summary judgment. *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986) and *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574 (1986). Pursuant to the Supreme Court's holdings in the above cases, once Defendant Prebula satisfies the initial burden of establishing that there is no genuine issue of any material fact and that Prebula is therefore entitled to judgment as a matter of law, the burden shifts to plaintiffs. *See Anderson*, 477 U.S. at 256. To satisfy their burden on this motion, plaintiffs must produce evidence of a "quantum and quality" that "would support a jury verdict." *See Anderson*, 477 U.S. at 254, 256.

If plaintiffs fail to satisfy their burden as to any element of their claim, summary judgment is mandated:

> In our view, the plain language of Rule 56(c) mandates the entry of summary judgment, after adequate time for discovery and upon motion, against a party to who fails to make a showing sufficient to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial.

*Celotex*, 477 U.S. at 322. Prebula does not have the burden of "negating" plaintiffs' claims, but rather plaintiffs carry the burden of presenting more than a "metaphysical doubt as to the material facts." *Matsushita*, 475 U.S. at 586.

The existence of a mere factual dispute is insufficient to defeat a proper summary judgment motion. Rather, the dispute must center on facts that are essential to the claim under governing law. *Anderson*, 477 U.S. at 248. The court's inquiry, "whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must prevail

-4-

as a matter of law," is therefore much like a directed verdict inquiry. *Anderson*, 477 U.S. at 251-52. The *Anderson* Court stated:

> "The mere existence of a scintilla of evidence in support of the plaintiff's position will be insufficient; there must be evidence on which the jury could reasonably find for the plaintiff. The judge's inquiry, therefore, unavoidably asks whether reasonable jurors could find by a preponderance of the evidence that the plaintiff is entitled to a verdict . . ."

*Id.* Application of this law to the facts at hand demonstrates that plaintiffs cannot produce evidence of a "quantum and quality" that "would support a jury verdict" and therefore Defendant Prebula is entitled to summary judgment.

### B. As a Matter of Law a Cause of Action Cannot Exist Against Defendant Al Prebula

#### 1. Defendant Prebula Owed No Legal Duty to Plaintiffs.

This is a negligence action. The law is clear that in order to be found negligent a party must first owe a legal duty. *See C.J. Doe v. Boys Clubs of Greater Dallas, Inc.*, 907 S.W.2d 472, 477 (Tex. 1995); *Centeq Realty, Inc. v. Siegler*, 899 S.W.2d 195, 197 (Tex. 1995). The existence of a duty is a question of law for the Court to decide from the facts surrounding the occurrence in question. *Golden Spread Council, Inc., No. 562 of Boys Scout of America v. Akins*, 926 S.W.2d 287, 289 (Tex. 1996). Defendant Prebula's sole involvement in the underlying transaction is the exclusive result of his employment as the plant manager of CITGO's Corpus Christi refinery at the time of the fire in 1997. Prebula has no personal duty that could give rise to liability because he did not knowingly participate in any tortious conduct, which caused the May 12th fire.

##### a. Prebula only acted within the scope of his employment with CITGO.

The general rule is that a corporate officer cannot be held personally liable for activities performed in the scope of his duties for the corporation. *See Leitch v. Hornsby*, 935 S.W.2d 114,

117 (Tex. 1996); *Portlock v. Perry*, 852 S.W.2d 578, 582 (Tex. App. – Dallas 1993) (citing *Delaney v. Fidelity Lease Ltd.*, 526 S.W.2d 543 (Tex. 1975)). As shown by the examples used by the *Leitch* Court, the rule applies in situations where a plaintiff, be he an employee or not, attempts to sue a corporate employee individually as an agent of the employer for an act that was committed when the employee was acting within the scope of his employment. *See id.; see also Palmer v. Wal-Mart Stores, Inc.*, 65 F. Supp.2d 564, 567 (S.D. Tex. 1999) (store manager dismissed from negligence action brought by customer against corporations that operated store and store manager); *Read v. Scott Fetzer Co.*, 990 S.W.2d 732 (Tex. 1998) (distributor dismissed from negligence action brought by a customer against manufacturer and distributor who operated as an independent contractor); *Williams v. Olivo*, 952 S.W.2d 523 (Tex. 1997) (on-site representative dismissed from negligence action brought by independent contractor's employee against general contractor and its on-site representative).

Significantly, in *Palmer*, the plaintiff filed a slip and fall claim in state court against Sam's Club, Wal-Mart, and the store manager for the Sam's Club where the incident took place. Defendants removed the case to federal court, contending that the store manager had been fraudulently joined to avoid diversity jurisdiction. The Court held that the plaintiff failed to allege that the store manager had any independent duty of reasonable care toward the plaintiff, apart from that which Sam's Club owed any store patron. *Palmer*, 65 F. Supp.2d 564, 567. The Court noted that there were no allegations that the store manager committed any intentional torts. The Court stated that "[p]laintiff merely claims that [the store manager] was 'negligent in allowing the defect to exist on the premises in Defendants' store.' Hence Plaintiff simply alleges that [the store manager] is liable for some action plainly committed within the course and scope of his employment as a Sam's Club manager. In light of the controlling <u>Leitch</u> precedent, the joinder of [the store

manager] for purposes of defeating diversity jurisdiction *borders on being sanctionable*." *Id.* (emphasis added).

b. <u>Prebula did not knowingly participate in tortious conduct</u>.

Even if Defendant Prebula acted outside the scope of his employment, which he did not, he cannot be held liable for his actions because he did not directly participate in any act that caused plaintiffs' alleged injuries. Only if the corporate agent knowingly participates in the conduct or has knowledge of the tortious conduct can he be held liable. *See Portlock*, 852 S.W.2d at 582 ("Generally, direct participation is shown by affirmative acts, not acts of omission, because an affirmative act gives rise to a duty."). Prebula was not present during the 1995 maintenance turnaround and had no role in, or knowledge of, the inspection or replacement of pipes involved in the 1995 turnaround. Prebula Dep. 10:2-3. The department he was responsible for at the time of the turnaround was not involved in replacing pipes. *Id.* at 13:15-17, 13:20-24. In light of these facts, he cannot be held liable. *See id.* Case law confirms that a corporate agent must take some affirmative act in order for a duty to arise on which he can be held liable. *See Leyendecker & Assoc., Inc. v. Wechter*, 683 S.W.2d 369, 375 (Tex. 1984) ("employee is personally liable for tortious acts which he directs or participates in"); *Portlock*, 852 S.W.2d at 582 (affirmative acts give rise to liability); *Light v. Wilson*, 663 S.W.2d 813, 814 (Tex. 1983) (liability under Deceptive Trade Practices Act based upon agent's own fraudulent acts); *Guilbreau v. Anderson*, 841 S.W. 2d 517, 519 (Tex. App. – Houston [14th Dist.] 1992) (agent liable under the Deceptive Trade Practices Act for affirmative misrepresentations); *Dorchester Gas Producing Co. v. Harlow Corp.*, 743 S.W.2d 243, 258 (Tex. App. – Amarillo 1987) (corporate officer is personally liable if he knowingly participates in wrongdoing); *Barclay v. Johnson*, 686 S.W.2d 334, 336 (Tex App. – Houston [1st Dist.] 1985) (agent who knowingly participates in tortious act may be held liable).

More importantly, plaintiffs have not and cannot allege any facts to show that Prebula knowingly participated in the activities that caused the May 12, 1997 fire, or had any knowledge with respect to the pipe that was not replaced.  In fact, Prebula was not responsible for making decisions regarding the inspection or replacement of pipes at the refinery.  *See* Prebula Dep. 10:2-3; Prebula Opposition Aff. ¶ 4-5; Prebula Removal Aff." ¶ 6.  Nor was Prebula aware that the ruptured pipe involved in the May 12th fire had not been replaced.  Prebula Dep. 94:9-12; Exhibit F (Affidavit of Alvin W. Prebula in Support of Defendant Al Prebula's Motion for Summary Judgment ("Prebula Aff.") ¶ 13).

Plaintiffs have no documentary evidence to support their complaint against Prebula.[3] The

_____

[3]   Plaintiff in other related actions have produced several documents to support their claim that Defendant Prebula is liable for their alleged injuries. None of these documents establish a duty on behalf of Prebula regarding the incident that caused the May 12th fire. The documents include:

(a)   December 1993 HF Alky Unit Hazard Analysis that was done pursuant to the Occupational Safety and Health Administration ("OSHA") regulations under 29 C.F.R. § 1910 concerning the process safety management of highly hazardous chemicals. *See* Exhibit 1 of Prebula Aff.; Prebula Aff. ¶ 6. This is not a turnaround maintenance list, and was not relied upon to determine which pipes should be inspected prior to the 1995 turnaround or which pipes should be replaced during the turnaround. *Id.*

(b)   October 5, 1994 HF Alkylation Unit Relief Study Summary that provides detailed calculations on the design capabilities of several valves and heat exchangers, not pipes, at the Alkylation Unit. Exhibit 2 of Prebula Aff; Prebula Aff. ¶ 7.

(c)   July 3, 1995 memo that regards recommended piping replacements for the 1995 turnaround, which was routed to Prebula. Exhibit 3 of Prebula Aff.; Prebula Aff. ¶ 8.

(d)   July 31, 1995 memo that involves the capital improvement projects scheduled at the time of the 1995 maintenance turnaround for the Alkylation Unit and other processing units. None of the assignments listed involve the maintenance replacement of pipes. Rather, the project engineers were responsible for the installation of new equipment associated with the capital project work, which was being done on the units at the same time as the maintenance turnaround work. Exhibit 3 of Prebula Aff.; Prebula Aff. ¶ 9. The memo simply provides the contact names involved with the capital improvement projects.

(5)   October 16, 1996 HF Acid Safe Operating Procedures that discusses the requirement that certain safety equipment be worn by employees who could potentially be exposed to hydrofluoric acid ("HF"), not requirements regarding pipe inspection or replacement. *e* Exhibit 5 of Prebula Aff.; Prebula Aff. ¶ 10.

What caused the May 12th fire was a failure to designate for replacement and to replace a 6" pipe in the Alkylation unit during the 1995 turnaround. Exhibit E of Defendants' Notice of Removal. These documents do not reveal a

fact is that Prebula held the position of technical manager at the time of the 1995 maintenance turnaround, and was not responsible for the maintenance engineers or inspectors involved in the pipe replacement and inspection with regard to the turnaround. Prebula Aff. ¶ 4.

Plaintiffs' claim against Prebula is for negligence. Plaintiffs fail to establish their claim against Prebula because they cannot produce any evidence to demonstrate that he acted in any way that caused their alleged injuries. Prebula's deposition testimony and affidavits filed in this action reveal that he held the position of technical manager at the time, and was not responsible for the maintenance engineers and inspectors involved in pipe replacement and inspection with regard to the 1995 turnaround. Nor was he responsible for instituting policies or procedures with regard to the inspection or replacement of pipes during the turnaround.[4] Therefore, as a matter of law, plaintiffs are unable to assert a valid cause of action against Prebula, and his motion for summary judgment should be granted.

## IV. CONCLUSION

To prevail on their claim, plaintiffs must establish that Defendant Prebula is liable, that is, that he violated a duty owed to plaintiffs. The evidence clearly shows that no such duty existed. Consequently, plaintiffs can produce <u>no</u> evidence to support a jury verdict and thus no genuine issue of material fact exists as to Defendant Prebula's liability. Therefore, Prebula is entitled to summary judgment as a matter of law.

---

responsibility or duty on the part of Defendant Prebula to institute policies or procedures for the inspection or replacement of pipes during the 1995 turnaround that would be necessary to hold Prebula liable. *See Portlock*, 852 S.W.2d at 582.

[4]     Defendant Prebula has further stated under oath at the bellwether trial in *Aguilar I* and in his affidavits filed in this action that he had no management responsibility for the maintenance shutdown or turnaround.

For the foregoing reasons, Defendant Al Prebula respectfully prays that this Court grant his

motion for summary judgment, dismissing plaintiffs' claims against him with prejudice.

Respectfully submitted,


By: _____

Ralph F. Meyer
State Bar No. 13994300
S.D. Tex. Bar No. 2831
Jack C. Partridge
State Bar No. 15534600
S.D. Tex. Bar No. 10470
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas 78476
361/884-8808
361/884-7261 (FAX)

Jeffrey K. Sherwood
State Bar No. 24009354
S.D. Tex. Bar No. 21427
Cheryl A. Falvey
S.D. Tex. Bar No. 21658
Tracy B. McKibben
S.D. Tex. Bar No. 24551
AKIN, GUMP, STRAUSS, HAUER &
    FELD, L.L.P.
1333 New Hampshire Avenue, N.W.
Suite 400
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 (FAX)

ATTORNEYS FOR DEFENDANT
AL PREBULA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the

following counsel of record, via certified mail, return receipt requested, this 26 day of June, 2000.

**CERTIFIED MAIL**
**Return Receipt Requested**

Thomas C. Hall, Esq.
Hall & Bates, L.L.P.
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX  78205

Of Royston, Rayzor, Vickery & Williams, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DAVID M. ACOSTA, et al      *
                            *
VS.                         *          Civil Action
                            *          No. C-99-379
CITGO PETROLEUM CORP.,      *
et al                       *

received
4/7/00

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION OF
ALVIN W. PREBULA
APRIL 3, 2000

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORAL AND VIDEOTAPED DEPOSITION of ALVIN W.
PREBULA, produced as a witness at the instance of
the Plaintiffs, duly sworn, was taken in the
above-styled and numbered cause on the 3rd of
April, 2000, from 1:16 p.m. to 5:32 p.m., before
JANE COPELAND, CSR in and for the State of Texas,
reported by Machine Shorthand, at the offices of
Royston, Rayzor, Vickery & Williams, 1700 Wilson
Plaza West, Corpus Christi, Nueces County, Texas,
pursuant to the Texas Rules of Civil Procedure
and the provisions stated on the record or
attached hereto.

(COPY)

# Ak/Ret Reporting, Records & Video, Inc.

**CERTIFIED COURT REPORTERS**
880 TOWER II
555 N. CARANCAHUA
CORPUS CHRISTI, TEXAS 78478
(361) 882-9037   (800) 388-9037
FAX (361) 882-3355



2

1                          A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:
          MR. MICHAEL G. TERRY
4         The Edwards Law Firm
          1400 Frost Bank Plaza
5         Corpus Christi, Texas   78470

6         MR. STEVE T. HASTINGS
          MR. DAVID HUERTA
7         Huerta, Hastings & Allison
          924 Leopard
8         Corpus Christi, Texas   78401

9         MS. DIANA MARTINEZ
          Law Offices of Rene' Rodriguez
10        433 South Tancahua
          Corpus Christi, Texas   78401

11

12   FOR THE DEFENDANTS:
13        MR. JEFFREY K. SHERWOOD
          Akin, Gump, Strauss, Hauer & Feld
14        1333 New Hampshire Avenue, N.W., Suite 400
          Washington, D.C.   20036
15
          MR. RALPH F. MEYER
16        Royston, Rayzor, Vickery & Williams
          606 North Carancahua, Suite 1700
17        Corpus Christi, Texas   78476

18

19   ALSO PRESENT:   MR. LAURENCE E. BEST
                     Best Koeppel
20                   909 Poydras Street, Suite 2200
                     New Orleans, Louisiana
21

22
     VIDEO TECHNICIAN:   MR. GARY McCLUSKEY
23

24
     REPORTED BY:  MS. JANE COPELAND, CSR, RMR, CRR
25

─────────────────────────────────────────────────

                 AK/RET REPORTING, INC.

3

1                        I N D E X

2                                              PAGE
   Appearances                                  2

3
   ALVIN W.  PREBULA
4          Examination by Mr. Terry             4
           Examination by Mr. Hastings         93
5          Examination by Ms. Martinez         133
           Re-Examination by Mr. Hastings      136
6          Re-Examination by Mr. Terry         140
           Re-Examination by Mr. Hastings      161
7
   Signature and Changes                       175
8  Reporter's Certificate                      177

9                        EXHIBITS

10 NO. DESCRIPTION                             PAGE
   23    Memo to M. Sides from R. Saltink        11
11       dated 7-3-95
   24    Scope of Work on Alky Unit,             15
12       Pages 113-114 with drawings
   25    Scope of Work on Alky Unit,             15
13       Page 117 with drawings
   26    HF Alky Unit Process Hazards            82
14       Analysis Management Response to PHA
         Recommendations and Information
15       for CITGO Administrative Control,
         December 1993
16 27    HF Acid Safe Operating Procedures       82
         approved 10-16-96
17 28    Memorandum and Orders in all cases     172

18

19

20

21

22

23

24

25

AK/RET REPORTING,  INC.

01:17    1    week?

         2        A.    Yes, I do.

         3        Q.    And what do you do at the Lake Charles

         4    Refinery?

01:17    5        A.    I'm the plant manager.

         6        Q.    How long have you been plant manager there?

         7        A.    Since May 15th of 1999.

         8        Q.    And where did you work before?

         9        A.    The -- I was the plant manager at the Corpus

01:17   10    Christi -- CITGO Corpus Christi Refinery.

        11        Q.    And when did you become plant manager in

        12    Corpus Christi?

        13        A.    March, 1996.

        14        Q.    What position had you occupied before March

01:17   15    of 1996?

        16        A.    I was the general manager of technical and

        17    administrative services.    That was effective I

        18    believe January of 1996.

        19        Q.    And the position before that?

01:18   20        A.    I was general manager of technical

        21    services.

        22        Q.    And when did you assume the position of

        23    general manager, technical services?

        24        A.    June, 1992.

01:18   25        Q.    And where did you work before that?

_____

AK/RET REPORTING, INC.

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
2          CORPUS CHRISTI DIVISION

3    DAVID M. ACOSTA, et al   *
                        *
4    VS.                 *      Civil Action
                        *      No. C-99-379
5    CITGO PETROLEUM       *
    et al               *
6

7             CERTIFICATE FOR THE
        DEPOSITION OF ALVIN W. PREBULA
8          TAKEN ON APRIL 3, 2000

9

10

11     I, JANE COPELAND, Certified Court Reporter in and

12   for the State of Texas, do hereby certify that the

13   facts stated by me in the caption hereto are true;

14   that the foregoing deposition of ALVIN W. PREBULA,

15   the witness hereinbefore named, was, at the time

16   named, taken by me in Stenograph, the said witness

17   having been by me first duly cautioned and sworn upon

18   his oath to tell the truth, the whole truth, and

19   nothing but the truth, and later transcribed from

20   Stenograph to typewriting under my supervision.

21

22     I further certify that the above and foregoing

23   deposition as set forth in typewriting is a full,

24   true, and correct transcript of the proceedings had

25   at the time of taking said deposition.

AK/RET REPORTING, INC.

1          I further certify that I am neither attorney or

2     counsel for, nor related to or employed by any of the

3     parties to the action in which this deposition is

4     taken, and further that I am not a relative or

5     employee of any attorney or counsel employed by the

6     parties hereto, or financially interested in the

7     action.

8

9          WITNESS MY HAND, this the 5th day of April,

10    2000.

11

12

13

14    _____

15    JANE COPELAND, RMR, CRR
      Certified Shorthand Reporter

16    Certification Number:  1262
      Date of Expiration:  12-31-2000
17    Business Address:
          AK/RET REPORTING, INC.
18        880 Tower II
          Corpus Christi, Texas  78478
19
      COSTS:  __802.90_____
20    DUE AND OWING FROM PLAINTIFFS

21

22

23

24

25

AK/RET REPORTING, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-61 |
| | § | |
| CITGO PETROLEUM CORPORATION, | § | |
| ET AL. | § | |
| **Defendants.** | § | |
| | § | |

## AFFIDAVIT OF ALVIN W. PREBULA IN SUPPORT
## OF DEFENDANT AL PREBULA'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF LOUISIANA | § |
| | § |
| PARISH OF CALCASIEU | § |

Before me, the undersigned authority, on this day appeared Alvin W. Prebula, who on his oath stated the following:

1.      My name is Alvin W. Prebula.  I am currently employed as the Vice President of CITGO's Lake Charles Manufacturing Complex located in Lake Charles, Louisiana. I am over the age of 18 and have never been convicted of a felony or misdemeanor involving moral turpitude.  I am of sound mind, and capable of making this Affidavit, and have personal knowledge of the facts stated herein.

2.      I first was appointed by CITGO to exercise duties as the plant manager of the CITGO Corpus Christi Refinery in Corpus Christi, Texas in March 1996.  I was not employed by CITGO as the Plant Manager of this refinery in 1995 during the turnaround of the alkylation unit involved in the May 12, 1997 fire.

007506.0051 DC 405929 v1

3.      From June 1992 through November, 1995, I was the General Manager of Technical at CITGO's Corpus Christi refinery.   As General Manager of Technical, I was responsible for managing the technical support of the refinery.   Specifically, through November 1995, as General Manager of Technical, I supervised the managers of the process control engineering group; process/project engineering group; planning, economics and logistics group; and the petrochemicals/refinery laboratory group.   The process control engineering group was responsible for computer automation support for the refinery units.    The process/project engineering group was responsible for monitoring and troubleshooting the day-to-day operations of the refinery units, i.e., watching flow rates, temperatures and pressures of the process of making alkylate – high octane gasoline component - and alkylate quality.   This group was also responsible for initiating and implementing capital projects at the refinery. The planning, economics and logistic group was responsible for production planning, economic evaluations of crude and other intermediate feedstocks and scheduling the production and delivery of several products, including propane, diesel fuel and unleaded gasoline.   The petrochemicals/refinery laboratory group was responsible for conducting analytical tests to verify the products produced at the refinery met company specifications before shipment, as well as general oversight of the petrochemical operations. In December 1995, the administrative support functions were added to my areas of responsibility (purchasing, payroll, accounting, information services, etc.).

4.      None of the groups I oversaw as General Manager of Technical was responsible for the maintenance or inspection of piping within the refinery.

5.      Although my name is listed on Exhibits 1-4 attached to this affidavit, I was not responsible for making any decisions with regard to the replacement or inspection of pipes at the

2

refinery during the 1995 maintenance turnaround. The Exhibits do not involve the procedures or decisions for inspecting and replacing pipes during the turnaround.

6.    Exhibit 1 is a process hazard analysis done pursuant to the Occupational Safety and Health Administration ("OSHA") regulations under 29 C.F.R. § 1910 concerning the process safety management ("PSM") of highly hazardous chemicals.  CITGO conducted a thorough analysis of PSM items for the Alky Unit.  As a result of this analysis a list or recommendations were made regarding certain actions that should be taken.  Exhibit 1 is not a turnaround maintenance list, and was not relied upon to determine which pipes should be inspected prior to the 1995 turnaround and which pipes should be replaced during the turnaround.

7.    Exhibit 2 summarizes results of detailed calculations on the capabilities of several valves and heat exchangers at the Alky Unit.  These calculations were done in response to recommendations made in the process hazard analysis presented in Exhibit 1.

8.    Exhibit 3 is a memo regarding recommended piping replacement that was to be routed to me as well as the plant manager at the time of the 1995 turnaround, M.A. Lechtenberger.

9.    Exhibit 4 involves the capital improvement projects scheduled at the time of the 1995 turnaround.  None of the assignments listed involve the maintenance or replacement of pipes, rather the project engineers were responsible for the installation of new equipment, rather than the simple replacement in-kind of existing equipment, during the capital project.  The capital project, which involved the installation of new equipment at the refinery, was being worked on at the same time as the 1995 maintenance turnaround.

3

CitiPDF - www.texno.com

1

CITGO Refining and Chemicals, Inc.
Corpus Christi Refinery

HF Alky Unit Process Hazards Analysis
Management Response to PHA Recommendations and
Information for CITGO Administrative Control
December 1993

This document contains (1) the management response to recommendations generated by the HF Alky Unit Hazop, and (2) information for internal CITGO administrative control on the implementation of the recommendations. The management response is the acceptance, modification, or rejection of the recommendation and summarized reasons for rejection or modification, if any. All other information is for internal CITGO administrative control.

The management response process used to produce this package is described by the administrative procedure ADM-010 (draft dated March 25, 1993.) Signatures are grouped below according to the review and approval teams identified in the management response procedure.

Signatures below indicate participation in the review process and general approval of the overall package. Approvers of the package should note on page 2 any exceptions or comments regarding specific recommendations.

Upon signing of the package by the Vice President, Corpus Christi Refinery, the responsible managers named in the table are directed to implement the items assigned to them. It is intended that tracking of the disposition of the recommendations, including any subsequent modifications to recommendations or completion dates, be done on the refinery's recommendation tracking data base.

CITGO Hazop Team Members

D.J. Falcon   3/14/94

J.C. Lyday   3/1/94

G.W. Westbrook   3-7-94

_____   X-T-___

J.G. Velazquez

C.C. Compton   2/24/94

Area Management Team

M.P. Sides   2/23/94

C.C. Compton   2/24/94

K.C. Trial

Risk Management Committee

S.M. Fischer   3-8-94

J.J. Hill   3/17/94

N.E. Wiggy

G.D. Blevins

W.A. Thompson   3/8/94

C.J. Schulz   2623.94

Senior Management Review Team

C.F. LeRoy

J.H. Tanker

M.A. Lechtenberger

P.D. Vogel

A.W. Prebula

Page 1 of 56



CITGO Discovery Exhibit   26

CONFIDENTIAL PROPRIETARY
KK-0000747

EXHIBIT "K"

## Comments by Reviewers

#70 COMMENT SHOULD READ: "DUMPING OF A.    HEATER'S INVENTORY
TO ITS FIREBOX, AND THE ASSOCIATED INCREASED FIRE, IS

CCC   AN ACCEPTABLE RISK CONSIDERING ITS VERY LOW FREQUENCY.
PROCEDURES ...."

#79. TNRCC Regulation 115.322 (b) (4) requires that
all open ended lines in VOC service be
equipped with a blind, plug, cap or

PV   double valve which can be opened
only during sampling.

#144   It is not a good env. practice
to "weather" any type of contaminat

PV   Lets to use proper decon procedures
when scrap is generated.

If necessary, attach additional comments.

Page 2 of 56

CONFIDENTIAL&PROPRIETARY
KK-0000748

Management Response to PHA Recommendations from HF Alky Unit
Status Date: December 29, 1993

| No. | ACTION ITEM | EPI | RMC | Assigned To | Completion date | Freq | Cnsq Chng | Matrix Color | Cost Est. | Major | Modified Implementation: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Consider providing overpressure protection for all components in the reaction/settling section (R-1/2, V-3/5, and E-4/5) of the Alky Unit to help prevent exceeding the design pressure of these components if they are isolated from their normal relief path through the isostripper (V-10) relief valves (e.g., during plugging in E-4/5 or the inlet nozzles to R-2, during maintenance work on exchangers E-4/5/6) | Defer to RMC | Yes | Process Engineering | 12/31/94 | Low | High | Yellow | $250 M | | Process Engineering to study additional relief protection such as an installed PSV unblinded only for maintenance isolation.\n\nOtherwise procedures are adequate. |
| 2 | Consider (1) developing a written policy describing which manual block valves are to be car sealed/locked (either open or closed) in the Alky Unit, (2) maintaining an up-to-date list of the car sealed/locked valves, their desired positions, the reason each valve is car sealed/locked, and any special precautions (e.g., draining the equipment, shutting down an upstream pump) that should be taken before changing a valve's position, and (3) periodically checking all car sealed/locked valves to ensure they are in the proper positions and that the seals/locks are in place | Yes | Yes | East Plant 1 Operations | 4/1/94 | M-H | M-H | Red | | | EPI Operations has plan almost complete. |
| 3 | Consider evaluating the feasibility of modifications that would allow operators to quickly deinventory acid from critical vessels (R-1/2, V-3/5, etc.) to a safe location during an emergency | Defer to RMC | Yes Agree | Process Engineering | 11/1/95 | Low | High | Yellow | $2MM | Yes | Potential Project for Oct '95 turnaround. |

Page 3 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000749

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Continue efforts to update and revise the Alky Unit piping and instrumentation diagrams (P&IDs) and operating flow diagrams to correct the specific inconsistencies noted during the PHA | Yes | Yes Agree | East Plant I Operations | 6/1/95 | | | | | | Not rated because this is a PSM requirement |
| 5 | Consider periodically stroking/testing all critical isolation valves in the unit to ensure they will close properly during an emergency | Yes | Yes Agree | East Plant I Operations | 1/1/94 | M-H | M-H | Red | | | Reliability to assist. |
| 6 | Consider reviewing the adequacy of overpressure protection for the low pressure side of all unit heat exchangers (e.g., E-5/6/8/9/9A/ 9B/10A/10B/11/12/13A/13B/14A/14B/15/16/18A/ 18B/18C/18D/23/24/25/29/33) and providing additional protection where necessary. Also, consider emphasizing in operator training and specifying in unit procedures that the high pressure side must be isolated before the low pressure side in case of tube leaks/ruptures in unit heat exchangers, including the reactors (R-1/2). Also, consider providing local pressure indication on the low pressure sides of all steam-heated and process-to-process exchangers (along with appropriate training) to help operators detect tube leaks/ruptures | No | Yes | Process Engineering | 4/1/94 | Low | L-M | Green | $250 M | | Modified Implementation: Process Engineering will review adequacy of relief protection.  EP I Rec'd based on: (1)Procedures/training are adequate. (2) UOP Design basis does not require this.  Some disagreement. |
| 7 | Consider periodically x-raying sections of the overhead line from the relief gas scrubber (V-405) to ensure that scale and salts are not building up and plugging this line | Yes | Yes Agree | Reliability Engineering | 7/1/94 | Low | High | Yellow | | | |

CONFIDENTIAL/PROPRIETARY
KK-0000750

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Consider reviewing the desired failure position (on loss of instrument air) of the isolation valves (HV-123/130) on the outlet lines from the acid boots for the acid settlers (V-3/5), and ensure that operations personnel are trained in the operation of these valves if the valves are designed to fail open during loss of instrument air | Yes | Yes Agree | East Plant I Operations | 4/1/94 | Low | High | Yellow | | | |
| 9 | Consider better defining and documenting the intent of the service limits (i.e., pressure and temperature) listed in the Alky Unit's piping and valve specifications. In some instances (e.g., the alkylate flush header, discharge line from P-10B to the HF stripper [V-17]), it appears these limits are being exceeded, but the implications of exceeding these limits are unclear | Yes | Yes | | 12/1/93 | High | Low | Green | | | Work has been done by Reliability. Complete as of 12/93. |
| 10 | Consider revising the written description of the Alky Unit's pump deluge system (Safety System #3) to indicate that the fresh acid pump (P-28) and the isobutane flush pump (P-33A) are protected by the deluge system. Also consider including the procedures for testing this deluge system in the safety system testing program developed for the unit. As part of the testing procedures, consider varying the location (e.g., at the activation valves, at the triggering station, and in the control room) from which the deluge system is activated during periodic testing | Yes | Yes | | 12/1/93 | Low | L-H | Green | | | Written description has been revised since Hazop, quarterly testing procedures are implemented. Complete as of 12/93. |

Page 5 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000751

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion Date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Consider developing an inspection program for pump casings in the Alky Unit to help ensure their mechanical integrity | No | No Agree | | | Low | L-H | Green | | | QC on pump casings (both during procurement and maintenance) meets intent of recommendation. |
| 12 | Consider developing ways to help ensure that the manul valves in (1) the refinery's firewater system and (2) the Alky Unit's pump deluge system are normally open (e.g., car seals and/or periodic inspection) | Yes | Yes Agree | East Plant I Operations | 1/1/94 | M-H | M-H | Red | | | |
| 13 | Consider providing a bypass line around the strainer in the water supply to the Alky Unit's pump deluge system to facilitate maintenance and to ensure an alternate supply route to the deluge system if the strainer plugs | No | No Agree | | | Low | L-M | Green | | | Intent of rec'd met by quarterly test procedure. Strainer element is pulled, inspected, and cleaned. |
| 14 | Consider interlocking the acid circulating pumps (P-4A/C) to shut down if the upstream fusible link isolation valve (HV-130) closes | No | No Agree | | | Low | L-M | Green | | | Operations response (including use of board mounted shutdown) adequate; reliability benefit, not PSM. |

CONFIDENTIAL PROPRIETARY
KK-0000752

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Consider providing overpressure protection for the shell side of the isostripper feed/bottoms exchanger (E-4), the alkylate cooler (E-7), the butane feed preheater (E-26), the butane product cooler (E-27), the butane interchangers (E-101A/B), the butane treating preheater (E-102), the butane condenser (E-103A/B), the depropanizer bottoms coolers (E-13A/B), the depropanizer feed condensers (E-10A/B), the depropanizer feed senler (V-13), the depropanizer feed/bottoms exchanger (E-28), the alumina treater exchanger (E-17), the alumina treater preheater (E-29), the propane product condensers (E-18A/B/C/D and E-33), and the tube side of the depropanizer feed preheater (E-11) | No | Yes | Process Engineering | 2/1/94 | Low | L-M | Green | $250 M | | Implement modified recommendation.<br><br>Process Engineering to evaluate tube rupture case.<br><br>Otherwise, carseal procedure meets intent. Individual PSV's not required by UOP design practice. |
| 16 | Continue efforts to revise, update, and/or develop written operating, maintenance, and emergency procedures for the Alky Unit, and ensure that these procedures are comprehensive and accurately reflect safe operating steps and the actions desired | Yes | Yes Agree | East Plant I Operations | 1/1/94 | | | | | | 1/94 refers to completion of Rev. 0 procedures.<br><br>Scenario is not rated because it is a PSM requirement. |
| 17 | Verify that the locations of block valves in the Alky Unit's firewater distribution header are appropriate so that firewater can be maintained to the majority of the unit, including the unit's pump deluge system, during maintenance on any one portion of the header | Yes | Yes Agree | Project Engineering | 4/1/94 | Low | High | Yellow | | | Tom Moorman to assist operations. |

Page 7 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000753

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Consider reviewing and upgrading as necessary the Alky Unit's storm sewer system to reduce the likelihood of the unit flooding during heavy rainfall or during extensive use of the firewater system during an emergency. Also consider providing impoundment and neutralization facilities for acidic runoff water that is generated during mitigation of an HF release | Defer to RMC | Yes | Process Engineering | 1/1/95 | L-M | L-M | Green | | | Modified Implementation: Process Engineering to estimate runoff water pH and acid content. Flooding not a PSM problem. |
| 19 | Review the practice of using the firewater system for utility water functions in the refinery, and develop ways to minimize or eliminate the hazards of contaminating the firewater system with process materials or inadvertently creating dangerously low flow/pressure in the firewater system | Defer to RMC | Yes | Operations Training | 4/1/94 | High | L-M | Yellow | | | Operations procedure under development. |
| 20 | Consider periodically checking for, developing a list of, and minimizing the number of open bypass lines around remotely actuated valves in the unit | No | No Agree | | | High | Low | Green | | | Intent of rec'd met by logging bypasses in unit book. |
| 21 | Consider providing (1) overpressure protection (e.g., car seal open overhead outlet valves to the isostripper (V-10)) for the acid regenerator (V-7) and (2) pressure indication and a high pressure alarm for the regenerator to help prevent exceeding the design pressure of this vessel | Yes | Yes Agree | 4/1/94 | | Low | High | Yellow | | | |

Page 8 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000754

| No. | ACTION ITEM | EPI | RMO | Assigned to/action | Completion date | Freq | Csq | Matrix Color | Cost Est | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Consider providing alternative ways (without venting HF to the sewer/atmosphere) to confirm that acid is completely drained from each reaction section vessel, including low point of associated piping during the acid drain/emptying steps in the Alky Unit's shutdown procedure | Defer to RMC | No | | | Low | L-M | Green | | | Intent of rec'd met by existing procedures and use of Personal Protective Equipment |
| 23 | Consider reviewing the current status of all critical alarms and shutdowns in the Alky Unit and enforcing administrative procedures that formally control bypassing or defeating these alarms and shutdowns | Yes | Yes Agree | East Plant I | 4/1/94 | L-M | M-H | Yellow | | | |
| 24 | Consider upgrading the operation and maintenance of components associated with the No. 2 CBM pit and/or the abandoned neutralization pit. Also, consider providing a pressure indicator on the vent scrubber (ME-3) for the CBM pit to help monitor the vacuum in the scrubber and the pit, and to help detect potential plugging in the downstream flame arrester | Defer to RMC | Yes | EPI Operations | 1/1/95 | L-M | High | Yellow | $100 M | | Add comments from RMC meeting in June. |
| 25 | Consider improving the reliability of the motor-driven actuators on critical isolation valves in the unit (near P-4A/C, P-8A/B, P-7A/B, etc.) | Yes | Yes Agree | Reliability Engineering | 7/1/94 | M-H | M-H | Red | | | |
| 26 | Consider enhancing operator training by incorporating safety-related what-if scenarios into the periodic safety meetings for Alky Unit operators | Yes | Yes Agree | EPI Operations | 1/1/94 | L | H | Yellow | | | Also is part of refresher training. |

Page 9 of 56

CONFIDENTIAL PROPRIETARY
KK-0000755

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Consider (1) installing appropriate hardware (e.g., pressure indicator and/or high pressure alarms) and (2) developing procedures and operator training that will allow quick detection of failure of the rupture disks protecting the relief valves on the acid storage drums (V-2A/B) | Yes | Yes Agree | EPI Operations | 4/1/94 | L-M | H | Red | $200 M | | Plan by 4/1/94. Drum outage needs to be scheduled. |
| 28 | Ensure that the design, maintenance, and inspection records for the existing fresh acid pump (P-2B) and the propane product condenser (E-33) are accurate | No | No Agree | | 4/1/94 | High | Low | Green | | | Records on equipment are available under its previous service. |
| 29 | Ensure that the P&IDs and maintenance records accurately reflect the setpoints, locations, and valve numbers for the relief valves on (1) the nitrogen header to the KOH unloading station and (2) the Alky Unit's breathing air manifold | Yes | Yes Agree | Reliability Engineering | | | | | | | Not rated because this is a PSM requirement. |
| 30 | Ensure that the (1) thermal relief valves (unnumbered) on the cooling water outlets from the oil coolers on the dryer regeneration pumps (P-24A/B) and (2) the relief valves (unnumbered) on the steam turbines (for the spare alkylate flush pump (P-6B), the acid relief header knockout pump (P-3), and the KOH circulation pump (P-14D) are included in the periodic relief valve inspection/maintenance program for the unit | Yes | Yes Agree | Reliability Engineering | 4/1/94 | L-M | L-M | Green | | | Add numbers to PSV's. |

Page 10 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000756

| No. | ACTION ITEM | EPI | RMC | Assigned | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Evaluate the worst credible release rate from the isostripper relief valves, and ensure that the relief valves and flare header are adequately designed and anchored to safely handle such a release. Also, determine whether additional instrumentation should be provided on the isostripper (V-10) to automatically limit the heat input to the tower (e.g., trip the steam to the upper reboiler [E-6], increase reflux) during high pressure transients in the tower | Yes | Yes Agree | Project | 4/1/94 | L-M | M-H | Yellow | | | Modified Implementations: 1. Piping design 2. Refuse need for instrumentation. Isostripper PSV is sized for this case. |
| 32 | Consider providing relief protection on the steam condensate pots (V-31/33/35/36) for the acid regenerator isobutane superheater (E-22), the propane alumina treater preheater (E-29), the isostripper upper reboiler (E-6), and the depropanizer reboiler (E-12) (similar to other condensate pots [V-32/40/51/102] in the Molecular Sieve and Alky Units) | No | No Agree | | | Low | L-M | Green | | | When in service, overpressure protection provided by inlet piping. When out of service, they are drained and depressured. |
| 33 | Consider reviewing the design basis accident(s) used to size the flare system in the Alky Unit, and determine whether complete loss of cooling water (caused by external impact [e.g., backhoe, crane] to the cooling water supply piping, failure of rubber boot(s) on reactors, loss of level in the cooling water basin, etc.) should be included as a credible scenario | Yes | Yes Agree | Process Engineering | 7/1/94 | Low | High | Yellow | | | |

CONFIDENTIAL PROPRIETARY
KK-0000757

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cntq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 34 | Consider investigating and documenting the design bases of the relief valves on the butane alumina treaters (V-101A/B), and ensure that the relief valves can limit overpressures caused by a tube rupture in the butane treating preheater (E-102). Also, determine whether a check valve should be provided in the butane product line to the E-102 preheater to help reduce the potential for high pressure steam/condensate to flow back into the isostripper (V-10) during a tube failure in the preheater | No | No Agree | | | L-M | Low | Green | | | Design review has been done by Process Engineering. Backflow very unlikely and would result only in opening upset. |
| 35 | Investigate the cause(s) for the excessive pressure buildup in the Alky Unit's sewer system (which has previously blown manway covers off the sewer and cracked the surrounding foundation) while draining various equipment (e.g., acid pumps [P-4A/C], butane KOH treater [V-11]), and consider providing appropriate safeguards to prevent this from occurring | Yes | Yes | EPI | 1/1/95 | High | M-H | Red | | | See #119 also. EWO written for degassing pots, project in development. Better procedures are in effect. LPG is now drained to flare, not the sewer. |
| 36 | Determine whether the strainers and filters in the alkylate, isobutane, and propane seal flush systems require overpressure protection | No | No Agree | | | Low | L-M | Green | | | Components are drained during shutdowns or maintenance. |

Page 12 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000758

| No. | ACTION ITEM | EPI | RMC | Assigned | Completion | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Consider developing (1) documentation on the design intent and sizing adequacy of the 2-inch bypass line from the acid relief header to the non-acid relief header, (2) controls to prevent improper use of the line (e.g., bypassing the relief gas scrubber [V-105] while the unit is operating or while process materials are in both acid storage drums [V-2A/B]), and (3) procedures to notify appropriate personnel (near the refinery's flare knockout drum) of the potential for acid in the non-acid flare system when the bypass line is open | Defer to RMC | Yes | East Plant 1 Operations | 11/1/95. | L-M | High | Red | Est. from Joe Scott | | Not needed until turnaround. |
| 38 | Consider making modifications to the Alky Unit's acid and non-acid flare headers to ensure they are properly sloped and that liquid will not accumulate in the headers | Defer RMC | Yes | East Plant 1 Operations | 4/1/94 | L-M | M-H | Yellow | $50M | | Verify proper slope in existing line. |
| 39 | Consider enhancing the refinery emergency response procedures by better defining (and training appropriate personnel on) the policy for communicating to onsite contractors a response appropriate to the emergency | Defer to RMC | No | East Plant 1 Operations | | M-H | L-M | Yellow | | | Contractor Safety Council and Battery Limits Videos training meet intent of this rec'd. |
| 40 | Review the accessibility and visibility (especially while in Class C gear) of safety showers in the Alky Unit, and consider relocating and/or providing additional showers in appropriate locations (e.g., near the reaction section, the depropanizer feed settler, the depropanizer receiver) | Defer to RMC | Yes | Operations East Plant 1 | 7/1/94 | Low | M-H | Green | | | Per Dick Pinkosky, ANSI standards require additional safety showers. |

CONFIDENTIAL/PROPRIETARY
KK-0000759

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Determine whether (1) the recent installation of the butane defluorinators (V-101A/B) near the Alky Unit's substation building and (2) the air conditioner in the substation building require the electrical area classification to be upgraded | Yes | Yes Agree | Project | 4/1/94 | Low | M-H | Green | | | PI exists for combined outlet. This was completed subsequent to the turnaround, about March '93. |
| 42 | Consider providing pressure indication and high pressure alarms in the control room for each reactor/scrubber train, as well as local pressure indication directly downstream of the isostripper (feed/bottoms exchanger (E-4) and downstream of the isostripper feed preheater (E-5) to help detect high pressure conditions in this equipment) | No | No Agree | | | Low | High | Yellow | | | |
| 43 | Consider (1) adding a vapor disengaging device on the cooling water return line near the top of the Alky Unit's cooling tower and the Molecular Sieve/Cumene Unit's cooling tower and (2) installing hydrocarbon detectors near areas of the cooling towers where hydrocarbon vapors could be expected to be released. Also, continue to evaluate ways to quickly detect HF leaks into the cooling water system (especially from the reactors [R-1/2]) in order to help prevent excessive corrosion during tube failures | Defer to RMC | No | Project Engineering | 4/95 | High | Low | Green | $150 M | | RMC agrees with vent stacks on cooling water stacks on cooling water returns. Hydrocarbon detectors unnecessary since vents will disperse vapors upwards. HF detectors for exchanger leaks are reliability, not safety. Exchangers have been upgraded or replaced. |

CONFIDENTIAL/PROPRIETARY
KK-0000760

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Continue evaluating the installation of hydrocarbon and HF detectors throughout the Alky Unit (around the perimeter of the unit, near the vapor vent stack for the CBM ph, near the deaerator for the condensate to the boilers, near leak-prone pumps and equipment, etc.) to help operators quickly detect releases from unit equipment | Defer to RMC | No | | | High | Low | Green | | | Existing video cameras provide for leak detection. Economic achievability questionable. |
| 45 | Consider periodically testing or inspecting check valves in the Alky Unit to help ensure they will seat properly on demand | Defer to RMC | Yes | Reliability Engineering | 11/1/95 | High | Low | Green | | | Reliability to keep records on check valve conditions. |
| 46 | Review the major hydrocarbon and/or acid inventories in the unit and consider providing the capability to quickly isolate and/or prevent backflow from this equipment during a rupture | Defer to RMC | No | | | Low | High | Yellow | | | Installation of remote isolation valves meet intent of recommendation. |
| 47 | Consider evaluating whether additional protection against fire exposure (e.g., fire-resistant insulation and/or water deluge system) should be required for vessels (e.g., V-3/5/13/16) containing a significant inventory of concentrated HF acid | Yes | Yes Agree | Project | 4/1/94 | Low | High | Yellow | $300 M | | |
| 48 | Evaluate the intent and need for the minimum stop in the flow control valve (FV-119) from the acid boot on acid settler No. 1 (V-3), and determine whether the flow control valve (FV-117) from the acid boot on acid settler No. 2 (V-5) should also be designed with a minimum stop | No | No Agree | | | Low | L-M | Green | | | Minimum stops (software) have been installed, meeting intent of rec'd. |

Page 15 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000761

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 49 | Consider upgrading the Alky Unit's various sampling stations and providing alternatives to minimize the need to drain or vent HF acid and/or hydrocarbon during sampling activities. Where closed sampling systems are not provided, consider improving the water dilution system (e.g., provide a water spray) to the acid sewer drains ion the unit to help minimize the HF vapors released during sampling activities | Yes | Yes Agree | East Plant 1 Operations | 7/1/94 | High | L-M | Yellow | $250 M | | Implement modified recommendation. Evaluate need for any changes in sampling. |
| 50 | Consider installing monitors to quickly detect the presence of HF and/or hydrocarbon in the condensate stream from the reboilers and preheaters in the Alky Unit and Molecular Sieve Unit. Also, determine if any additional safeguards (e.g., procedures or hardware) should be provided to help quickly detect hydrocarbon leaking .into the condensate stream from the molecular sieve regeneration superheater (E-25) | Defer to RMC | No | | | High | Low | Green | | | Minor leaks into condensate system are not catastrophic; will not improve safety or health. Procedures and PPE for condensate sampling also control hazards. Tube side/shell side design pressure adequate for tube rupture. |
| 51 | Consider providing alternatives that would eliminate the need for the external cooling systems, (i.e., Arkansas coolers) that are installed above several components (e.g., E-10A/B, E-14A/EB, E-33) in the Alky Unit | Yes · | Yes Agree | Process Engineering | 11/1/95 | L-M | Low | Green | $M | | |

CONFIDENTIAL PROPRIETARY
KK-0000762

| No. | ACTION ITEM | EPI | RMC | Assigned to.... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | Consider using a tandem- or double-seal type of design (or possibly magnetically driven or canned-rotor pumps) on all Alky Unit pumps in HF acid or LPG service to help reduce the frequency of process material releases caused by pump seal failures. If single seal pumps are retained in HF or LPG service, consider providing auxiliary mechanical systems (e.g., seal blowout ring) to limit potential seal leaks to the atmosphere | Defer to RMC | No | | | M-H | M-H | Red | | | Remote isolation valves will control hazard. Also see #56. |
| 53 | Consider disconnecting and blinding all utility water and nitrogen lines that are connected directly to process equipment but are not continuously used. Also consider emphasizing in operator training the need to disconnect these lines after use. Further, ensure that check valves are provided in all nitrogen lines and water lines connected to process equipment, including the nitrogen line used for unloading KOH trucks, to help reduce the chance of inadvertently contaminating these utility systems with process material from unit equipment | Yes | Yes Agree | East Plant I Operations | 1/1/94 | L-M | High | Red | | | |
| 54 | Review the adequacy of procedures and PPE currently being used while testing the pH of the fluid in the CBM pit | No | No Agree | | | Low | Low | Green | | | Maintenance repairs to pit and use of PPE for sampling meet intent of rec'd. |

CONFIDENTIAL PROPRIETARY
KK-0000763

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Consider testing the new isolation valve and pump shutdown switches (in the control room) during the October 1992 unit startup. Also, consider activating these switches as part of the procedure for planned shutdowns of unit equipment to help ensure the reliability of the switches | Yes | Yes Agree | East Plant I Operations | 2/1/94 | Low | High | Yellow | | | |
| 56 | Consider providing remotely operable isolation valves near those HF acid and LPG pumps (e.g., P-25A/25B/10A/10B/12) that do not have these valves in order to help quickly isolate the pumps from large inventories of process materials if a pump leak or rupture occurs | Defer to RMC | Yes | East Plant I Operations | 7/1/94 | Low | High | Yellow | $200 M | | 7/94 Study Implementation. |
| 57 | Consider retrofitting the appropriate manual block valves (normally car sealed open) directly upstream and downstream of unit relief valves so that the valve stems are mounted in a horizontal position. Also, consider implementing ways (e.g., x-ray the valves) to confirm that the manual valves upstream and downstream of relief valves reopen after being closed for maintenance activities | Yes | Yes Agree | Reliability Engineering | 7/1/94 | L-M | High | Red | | Yes | Potential implementation plant wide PSV - disagree with L-M rating. |
| 58 | Evaluate the effect of high concentrations of arsenic in the HF delivered to the Alky Unit, and ensure appropriate controls are in place to help prevent hazardous effects as a result of such concentrations | No | No Agree | Process Engineering | | L-M | L-M | Green | | | Intent of recommendation is met by purchase specifications and supplier quality control. |

Page 18 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000764

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | Consider verifying that Citgo's quick-closing valve (UV-029D) in the HF acid unloading line and the check valves in the inlets to the acid storage drums (V-2A/B) are functioning properly before each HF truck unloading operation | No | No Agree | East Plant I Operations | | Low | High | Yellow | | | EPI procedures/checklist cover this. |
| 60 | Review the procedures for unloading acid (Appendix C) and the design features of an acid truck unloading station (Appendix E) described in API Recommended Practice 751 *Safe Operation of Hydrofluoric Acid Units*, and consider implementing any appropriate recommendations outlined in this standard | Yes | Yes | | 4/1/93 | Low | High | Yellow | | | Review held Spring '93 with Ops. safety, Dupont reps. |
| 61 | Consider providing a manual isolation valve and check valve in the nitrogen vent line to the acid flare header so that the HF unloading hose can be purged to the relief gas scrubber (V-105) without contaminating the nitrogen hose with HF | No | No Agree | | | L-M | L-M | Green | | | Manual isolation valve is used for venting nitrogen hose. |
| 62 | Review the setpoint of the relief valve downstream of the nitrogen regulator that is used for HF unloading, and consider implementing controls to ensure that this setpoint is always below the setpoint of the relief valve on any HF truck unloaded in the Alky Unit | Yes | Yes Agree | East Plant I Operations | 4/1/94 | L-M | M-H | Yellow | | | |

CONFIDENTIAL/PROPRIETARY
KK-0000765

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | Review the design bases of all relief valves in the Molecular Sieve Unit and the field butane dryer system (including all regeneration equipment) to ensure they are adequate to relieve the maximum liquid rate from the isobutane storage pump and field butane pump with the highest shutoff head during blocked flow conditions'. Also, ensure that the effect of the Molecular Sieve Unit relief valves has been adequately accounted for in the sizing for the worst-case release to the Alky Unit's flare system | Yes | Yes Agree | Process Engineering | 4/1/94 | | | | | | Verify design. |
| 64 | Determine the flow rate necessary to fluidize the alumina in the molecular sieve dehydrators (V-30A/B) and potentially plug the relief valve inlet line or the dehydrators' outlet lines. Also ensure that this flow rate will not be achieved during (1) high flow upsets through the dehydrators or (2) relief events from the dehydrators. Also, verify that the relief valve inlet lines for the butane alumina treaters (V-101A/B) and the propane alumina treaters (V-18A/B) will not plug with alumina during relief events from these vessels | Yes | Yes Agree | Process Engineering | 4/1/94 | Low | High | Yellow | | | |
| 65 | Consider providing an automatic water deluge system for the molecular sieve's fin fan regeneration condenser (E-22) and regeneration pump (P-124) and the Alky Unit's fin fan butane condenser (E-103) | Defer to RMC | No | | | Low | M-H | Green | | | Air coolers are elevated and thus unlikely to impinge on other equipment. Existing monitors provide coverage. |

Page 20 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000766

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 66 | Ensure that the discharge lines from relief valves and vent valves on Alky Unit equipment that contains light hydrocarbon are designed to withstand the low temperatures that can result from sustained exposure to hydrocarbon flashing across the valves. Also, ensure that unit procedures include controls (e.g., nitrogen pad) to reduce the potential for low temperatures caused by venting the vessels for maintenance | Yes | Yes Agree | Process Engineering | 7/1/94 | Low | High | Yellow | | | |
| 67 | Consider providing reliable level indication (e.g., level gauge with an interface float) on the field butane dryers' water surge drum (V-39) to help reduce the potential for draining hydrocarbons to the sewer/atmosphere while draining water from this vessel | No | No Agree | | | M-H | M-H | Red | | | Procedural controls adequate. Sight glass is functional when clean. |
| 68 | Ensure that check valves are provided in the individual vent lines to the flare from unit pumps (e.g., the dryer regeneration pumps [P-24A/B], the depropanizer overhead pump [P-12], the acid relief header knockout pump [P-3]) to help prevent inadvertent backflow from the flare header while the pumps are vented for maintenance | Defer to RMC | No | | | M-H | L-M | Yellow | | | Lockout or blinding is used to provide isolation for personnel safety; check valves are unsatisfactory for this purpose. |

CONFIDENTIAL/PROPRIETARY
KK-0000767

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69 | Consider lowering the setpoints of the relief valves on the isostripper receiver (V-12) to below the setpoints of the relief valves on the isostripper (V-10) in order to preferentially relieve hydrocarbon vapor to the acid flare system from the receiver rather than potentially relieve liquid hydrocarbon to the non-acid flare system from the bottom of the isostripper during high pressure upsets | Yes | Yes | Process Engineering | 4/1/94 | | | | | | |
| 70 | Review the current emergency shutdown procedures for a tube failure in the isostripper reboiler heater (H-1), and determine whether additional hardware (e.g., check valves at the outlet of each tube pass, revised heater shutdown logic) should be provided to allow a controlled shutdown of the heater, reducing the potential for HF to migrate to the bottom of the isostripper and the heater | Defer to RMC | No | | | Low | Low | Green | | | Potential hazard from backflow from check valve is greater than nuisance of having acid in lower isostripper. Procedures are to use. Stab-in Reboiler to continue stripping vapor flow. |
| 71 | Determine whether critical isolation valves with teflon seals should be upgraded to ensure a light shutoff capability during a fire | Defer to RMC | No | | | L-M | M-H | Yellow | | | Tight shut off valves for nonfire operations outweigh any hazard from fire case leakage. |
| 72 | Investigate the frequency of maintenance/inspection of the rupture disks on the acid storage drums (V-2A/B), and ensure that adequate maintenance procedures exist and post-installation checks are performed to help prevent improperly installing (e.g., upside down, wrong pressure rating) rupture disks in their holders | Yes | Yes Agree | East Plant 1 Operations | 4/1/94 | L-M | High | Red | | | Work with #27 |

Page 22 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000768

| No. | ACTION ITEM | EPI | RMC / | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Consider developing written procedures and training for the proper emergency actions (e.g., isolation, shutdown of V-10) in the event of a rupture in the isostripper's overhead or sidedraw system | Yes | Yes Agree | East Plant I Operations. | 4/1/94 | Low | High | Yellow | | | |
| 74 | Consider modifying the local level control valves (LV-13 and LV-016A) from the acid boots on the depropanizer feed settler (V-13) and depropanizer receiver (V-16) so that they can be closed from the control room in the event that the acid header from these vessel to the acid circulating pumps (P-4A/C) ruptures | Defer to RMC | Yes | Project Engineering | 7/1/94 | Low | High | Yellow | $100 M | | |
| 75 | Consider modifying the combined overhead line from the HF stripper (V-17) and the depropanizer (V-15) to minimize the stress and potential cracking of this line while performing maintenance on the depropanizer condensers (E-14A/B) | Yes | Yes Agree | Reliability | 4/1/94 | M-H | L-M | Yellow | $75M | | Modified implementation: Maintenance procedures now contain guidance regarding maximum lift.. |
| 76 | Consider including the depropanizer feed preheater (E-11) in the list of preheaters and reboilers that should have their steam supplies tripped if electric power or cooling water flow is lost (Safety System #5) | No | No Agree | | | Low | Low | Green | | | PSV Design basis is now understood to include this scenario. |

CONFIDENTIAL/PROPRIETARY
KK-0000769

| No. | ACTION ITEM | EPI | RMC | Assigned to | Completion | Freq | Cnsq | Matrix Color | Cost Est | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Considr providing check valves in (or other means to quickly isolate (1) the olefin supply lines (37-030-A2A1-6" and 37-031-A2A1-6") to the molecular sieve feed coalescer (V-29), (2) the inlet nozzles to the butane product storage tank, and (3) the inlet nozzles to the propane product storage bullets in order to reduce backflow during upstream upsets in these lines. If check valves are installed, ensure that adequate means are provided to purge, air-free, and/or water-free any portions of the lines upstream of the check valves during startup and shutdown operations | Defer to RMC | No | | | | | | | No | Block valves and control valves function for isolation in the unusual event of piping failure. |
| 78 | Consider rerouting the acid relief header knockout drum (V-20) and its associated pump (P-3) to service. Also, review the design and operation of the acid relief header knockout pump (P-3), and ensure that (1) the pump is designed for a wide range of liquids with various specific gravities, (2) the pump's design capacity is adequate to dispose of the expected liquid accumulation in the V-20 knockout drum during the worst credible liquid release to the knockout drum, and (3) the liquids discharged from the pump are being routed to the proper location | Yes | Yes Agree | Process Engineering | 1/1/95 | A: High | A: Low | A: Green | $250 M | | |

Page 24 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000770

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | Ensure that a blind, plug, cap, or additional block valve is provided downstream of all single block valves that can be opened to the atmosphere. Specifically, consider providing a second block valve in the 4-inch drain line to the sewer from the relief gas scrubber (V-105) to help prevent draining KOH from the scrubber if the single block valve leaks. Also, verify that double isolation valves are provided in the drain line to the acid sewer from the suction lines for the sealed acid pumps (P-25A/B) | No | No Agree | | | High | Low | Green | | | Existing practice is to plug all valves that are normally closed and not used. Drain valves are frequently used. The referenced RGS drain valve does have a second block. |
| 80 | Consider providing instrumentation that will automatically start the spare KOH circulation pump (P-14B) if the normally operating KOH circulation pump (P-14A) trips off | No | No Agree | | | High | Low | Green | | | Unnecessary because bubble cap trays provide "holdup" of inventory while starting spare pump. |
| 81 | Consider providing a car/sealed open block valve instead of the check valve in the non-acid flare header for preventing backflow from other units while blinding relief valves in the non-acid header. Also, consider removing the check valve from the outlet flare line from the relief gas scrubber (V-105) to help reduce the potential for this valve to stick in place (e.g., partially open) and create back pressure in the header during a relief event. (Note: The flare line from V-105 already has a block valve to prevent backflow from other units while blinding) | Defer to RMC | No ——— | | | High | L-M | Yellow | | | Refinery safe work practice for installing flare-line blinds meets intent of this recommendation. |

CONFIDENTIAL PROPRIETARY
KK-0000771

| No. | ACTION ITEM | EPI | RMC | Assigned to ... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Evaluate whether a containment dike or curb (similar to the dikes around some other chemical tanks at the refinery) should be provided for the bulk KOH storage tank (TK-86) and its associated pump (P-122) in the event this equipment fails | Defer to RMC | Yes | Project Engineering | 1/1/95 | Low | L-M | Green | $200 M | | W.A. Thompson to help |
| 83 | Consider relocating (1) all contractor trailers near the unit and (2) the old maintenance warehouse to reduce the number of personnel with administrative offices or workstations directly adjacent to the Alky Unit | Defer to RMC | Yes | Maintenance | 1/1/95 | High | M-H | Red | | Yes | |
| 84 | Determine whether a combustible gas detector (similar to the HF detector) should be installed in the air intake system for the Alky Unit control room to help alert operators to a potentially explosive mixture entering the control room | Yes | Yes Agree | Project | 4/1/94 | M-H | High | Red | $50M | | Improve installation. |
| 85 | Consider forbidding the use of wooden scaffolding in the Alky Unit since wood absorbs HF and cannot be fully neutralized | Yes | Yes Agree | Maintenance | 4/1/94 | High | L-M | Yellow | | | |
| 86 | Ensure that appropriate PPE is provided in any temporary shelter-in-place facilities for the Alky Unit, and consider developing written procedures to guide personnel on safely using the facilities | Yes | Yes Agree | East Plant I Operations | 4/1/94 | L-M | High | Red | | | Evaluate situation. |
| 87 | Consider (1) identifying the critical process parameters in the Alky Unit and (2) prioritizing the alarms for these parameters in the control system (TDC 3000) for the Alky Unit to help control room operators quickly identify initiators of major upsets in the unit | No | No Agree | | | High | L-M | Yellow | | | Training meets intent of this action. |

CONFIDENTIAL PROPRIETARY
KK-0000772

| No. | ACTION ITEM | EPI | RMQ | Assigned to | Completion date | Freq | Cnsq | Matrix Color | Cost Est | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Determine whether sealed pressure gauges (with a barrier fluid) should be specified for use on components in HF service and other appropriate locations in the Alky Unit | No | No Agree | | | L-M | L-M | Green | | | Corrosion resistant pressure gauges are used and have proven satisfactory. |
| 89 | Consider (1) reviewing the equipment, lines, valves, and connections in the Alky Unit, (2) removing those components that are no longer needed or have been abandoned, and (3) updating the unit P&IDs to reflect any changes | Yes | Yes — | | 12/1/93 | Low | L-M | Green | | | This work has been done. |
| 90 | Determine whether a single bypass line rather than two individual bypass lines should be provided for the reactors/settlers to minimize deadleg piping in the unit | No | No Agree | | | Low | L-M | Green | | | This bypass is used for shutdown purposes. Also it is a very short line and removing it would not provide the intended benefit, to minimize total amount of dead piping. |

Page 27 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000773

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Csq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Consider reviewing the corrosion history of the following piping, and ensure that these lines are inspected frequently: (1) the deadleg bypass lines around the reactors/settlers, (2) the deadleg pumpout header (83-83182-CH2-3") from the discharge of the recycle isobutane pumps (P-8A/B) to the suction of depropanizer charge pump P-10B, (3) the deadleg portion of the pumpout line (83-83042-CH2B-2") from the settled acid pumps (P-25A/B) to the acid storage drums (V-2A/B), (4) the carbon steel portion of the outlet line from the butane condenser (E-103A/B) to the butane product cooler (E-27), (5) the inlet piping to relief valves for the butane alumina treaters (V-101A/B), and (6) orifice meters and taps in high-acid service (e.g., near V-3/5, near P-25A/B) | Yes | Yes, Agree | Reliability Engineering | 4/1/94 | M-H | M-H | Red | | | |
| 92 | Consider documenting and providing training to operators on the required flow rates for seal flush to each of the Alky Unit pumps. Also, consider providing a rotameter in the propane seal flush line to the depropanizer overhead pump (P-12) to help operators monitor flush flow to this pump (similar to other pumps in the unit) | Yes | Yes Agree | Reliability Engineering | 4/1/94 | M-H | M-H | Red | | | |

CONFIDENTIAL/PROPRIETARY
KK-0000774

| No. | ACTION ITEM | EP? | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | Consider, commissioning the isobutane flush system as a backup for the alkylate flush system in the Alky Unit. Also, determine whether instrumentation should be modified to automatically start the isobutane system if the alkylate flush system trips off, and update the description of the pump seal flush safety system accordingly (Safety System #4) | Yes | Yes Agree | Reliability Engineering | 7/1/94 | M-H | M-H | Red | | | Procedures now call for switching to DCS system and have proven adequate. |
| 94 | Consider relocating the Alky Unit control logic loops that are currently programmed in the VAX system to the unit's DCS (TDC 3000) to help improve the reliability of these controls, especially when the VAX system is out of service | No | No Agree | | | High | Low | Green | | | |
| 95 | Consider providing ways to prevent backflow (e.g., check valve, interlock control valves to close when P-4A/C trip) through the acid inlet line to reactor No. 1 (R-1) if the acid circulating pumps (P-4A/C) trip | No | No Agree | | | High | Low | Green | | | Operating procedures include isolating regenerator when acid pump trips. |
| 96 | Consider providing an additional manual isolation valve (away from the acid regenerator (V-7)) in the 4-inch (cold) isobutane line (83-83054-CH2A-4") to V-7 to help isolate this line in the event of a major breach in V-7 or its associated lines. The existing manual isolation valves directly upstream and downstream of the temperature control valve (TV-01) in this line will likely be inaccessible during such a rupture | No | No Agree | | | Low | High | Yellow | | | Intent of recommendation is met by existing block valve in pipe rack, which provides isolation. |

CONFIDENTIAL PROPRIETARY
KK-0000775

| No. | ACTION ITEM | EPI | RMIC | Assigned to... | Completion date | Freq | Cnsq | Mairix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Consider recommissioning the external steam jacket on the bottom of the polymer surge drum (V-8) to help (1) prevent plugging in the drum and its bottom outlet line and (2) reduce the amount of light hydrocarbon/HP entrained in the fluids drained to the CBM pit from the surge drum | No | No Agree | | | L-M | High | Red | | | HAZOP team overlooked the fact that polymer surge drum is used hot (400F) no need for steam injection. |
| 6. | Consider reviewing the current procedures for draining the liquid from the polymer surge drum (V-8) to the CBM pit, and ensure that adequate safeguards are in place to prevent air backflow after liquids are drained from the surge drum. Also, ensure that adequate safeguards are in place to prevent air ingress to the Monel relief gas scrubber (V-105) from the atmospheric KOH storage tank (TK-86) or the overflow line from the KOH regeneration tank (V-23) | Yes | Yes Agree | East Plant I Operations | 1/1/95 | Low | L-M | Green | | | Diptube in CBM pit prevents backflow. Accept request for review of potential air ingress on KOH regeneration tank overflow line. |
| 7. | Consider clearly labeling the valves and flow directions in the piping headers near (1) the field butane dryers (V-29A/B), (2) the butane alumina treaters (V-101A/B), (3) the propane alumina treaters (V-18A/B), and (4) the propane KOH treaters (V-19/19A). Also consider developing written procedures to help reduce the chance of misaligning valves (creating high pressure and/or misdirected flows) during switching, startup, and shutdown of these vessels | Yes | Yes | | 12/93 | M-H | Low | Green | | | This is done as part of the operating procedure work. Recommendation has already been implemented. |

CONFIDENTIAL/PROPRIETARY
KK-0000776

| No. | ACTION ITEM | EPI | RMC | Assigned To | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Consider repairing the dryer regeneration pumps (P-24A/B) for the field butane dryers (V-29A/B) so that the dryers can be regenerated to help reduce the chance of moisture entering the Alky Unit and to help dry out the unit during startup operations | Yes | Yes | | 12/1/93 | High | Low | Green | | | Done. Completed. |
| 101 | Consider emphasizing in operator training the need to purge the nitrogen line before each use to ensure that accumulated liquids (KOH, water, etc.) do not enter the HF tank truck or HF storage drums (V-2A/B) during HF unloading operations | Yes | Yes | | 12/1/93 | High | Low | Green | | | Training on unloading acid does cover need to purge line. Additional training has been conducted subsequent to the Hazop. |
| 102 | Evaluate whether the globe valves (including ESD valve UV-029D) in the HF acid unloading line should be upgraded to plug valves to help ensure a tight shutoff capability | Yes | Yes Agree | Reliability Engineering | 7/1/94 | High | Low | Green | $50M | | MWO Written. |
| 103 | Consider periodically alternating (e.g., semi-annually) which acid storage drum (V-2A/B) is in-service to help reduce the potential for excessive buildup of undetected alkylate levels in the drums | Yes | Yes Agree | East Plant I Operations | 4/1/94 | High | L-M | Yellow | | | |
| 104 | Consider providing operator training on the proper operation and monitoring of the various level indicators (e.g., DP cells, continuous nuclear detectors, nuclear level switches) on the acid storage drums (V-2A/B) to help quickly detect level deviations in the drums | Yes | Yes Agree | East Plant I Operations | 4/1/94 | High | L-M | Yellow | | | Could be done as refresher training. |

Page 31 of 56

CONFIDENTIAL/PROPRIETARY

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 105 | Review the current practice of continually flushing the fresh acid pump (P-28) and its discharge line to the depropanizer feed settler (V-13) when the pump is not in use, and consider isolating this pump and its discharge line after they have been adequately flushed | Yes | Yes Agree | East Plant I Operations | 4/1/94 | Low | High | Yellow | | | This request adds undesirable complexity to unloading system, increasing likelihood of human error. |
| 106 | Consider interlocking the unloading shutdown valve on HF vendor trucks and Citgo's quick-closing valve (UV-029D) in the HF acid unloading line so that both valves will be actuated from any of the actuation stations (i.e., palm buttons, control room, HF truck) | Defer to RMC | No | | | Low | High | Yellow | | | |
| 107 | Review the dryout procedures for Alky Unit startup operations, and consider implementing steps to minimize contamination of the drying medium with combined fluorides (e.g., upgrade alumina specifications or use purchased isobutane to reduce the chance of forming corrosive silica fluoride compounds in the molecular sieve dehydrators or field butane dryers during regeneration) | No | No Agree | | | L-M | Low | Green | | | Low silica grade alumina is purchased. Corrosion has not been experienced, but if it were to occur, inspection is the safeguard. |

CONFIDENTIAL/PROPRIETARY
KK-0000778

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Determine whether an alternate sweep gas (e.g., natural gas, nitrogen) should be used in the acid and non-acid relief headers instead of refinery fuel gas, which has a higher moisture content and could cause accelerated corrosion and subsequent leaks in the flare headers. Also, verify the type of sweep gas piped to the relief valve discharge lines for the acid storage drums (V-2A/B), and determine the operating status of this sweep gas system | Defer to RMC | No | | | Low | Low | Green | | | Quality of refinery fuel gas is now for practical purposes equal to that of purchased gas. Corrosion has not been experienced, but dryer fuel gas reduces potential for corrosion. Also, piping inspection is an additional safeguard. |
| 109 | Consider reviewing the equipment in the Alky and Molecular Sieve Units to verify that heat tracing and insulation are provided on appropriate components to ensure an effective freeze protection program | Defer to RMC | No | | | Low | High | Yellow | | | Freeze protection has been provided per project standards. RMC relies upon area knowledge of system. |
| 110 | Consider training operators and posting signs warning of the potential for H₂S to be present near the water drains for the water degassing pot (V-33) or the water surge drum (V-39) during upsets at other units in the refinery | Yes | Yes Agree | EPI Ops. | 2/1/94 | Low | High | Yellow | | | |
| 111 | Consider providing control room indication (with alarms) of the level in the molecular sieve's water degassing pot (V-33) to help reduce the potential for water to overflow to the flare or for hydrocarbons to be released to the sewer | Defer to RMC | No | | | A: Low B: Low | A: M-H B: L-M | A: Green B: Green | | | Hydrocarbon degassed from water is insignificant amount to cause major hazard. Freezing of flare line not credible from volume of water in pot. |

CONFIDENTIAL PROPRIETARY
KK-0000779

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | Evaluate the desired failure position of the air-operated valves in the Molecular Sieve Unit, and ensure that these valves will not isolate portions of the piping from relief protection during a fire (and subsequent loss of instrument air) | No | No Agree | | | Low | Low | Green | | | Potential hazard of adding blocked in piping contents to fire insufficient to justify relief valve installations. PSV will not prevent piping failure during fire. |
| 113 | Consider providing reverse flow protection in the low-pressure steam supply lines to the Alky Unit preheaters and reboilers (e.g., E-5/6/11/12/15/24/26) to help prevent contaminating the steam systems with process materials if tubes fail in these exchangers | Defer to RMC | No | | | M-II | Low | Green | | | Reverse flow does not occur; past experience shows that leakage goes with condensate, but is not catastrophic if it did occur. |
| 114 | Determine whether a minimum flow path should be provided for the molecular sieve regeneration pump (P-124) during the regeneration mode in order to reduce the potential for pump failure caused by blocked flow conditions | Yes | Yes Agree | Reliability Engineering | 11/1/95 | M-H | L-M | Yellow | $50M | | |
| 115 | Verify that the butane alumina treaters (V-101A/B) and the vent scrubber (ME-3) for the CBM neutralization pit are designed for the maximum vacuum that the ejectors connected to these vessels could create | Yes | Yes | | 12/1/93 | Low | L-M | Green | | | Vessels have been verified to be designed and capable for full vacuum. |

Page 34 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000780

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 116 | Ensure that overpressure protection is provided for the butane dryers' regeneration coalescer (V-28) if the coalescer's mesh pad plugs, and consider providing a differential pressure indicator across the coalescer's mesh pad to help detect plugging. Also, verify that the location of the relief valves on the molecular sieve's feed coalescer (V-29) and regeneration coalescer (V-31) will adequately protect these vessels from overpressurization if the mesh pads plug | Yes | Yes Agree | Process Engineering | 7/1/94 | Low | High | Yellow | $100 M | | Study as requested, however, RMC questions practicality of the differential pressure indicator across the mesh pad. |
| 117 | Consider providing a manual isolation valve in the 1¼-inch line connecting the drain from the water surge drum (V-39) to the hydrocarbon pumpout line (83-83071-A2A-1¼") for the regeneration coalescer (V-28) | Yes | Yes Agree | Reliability | 11/1/95 | Low | Low | Green | $15M | | |
| 118 | Consider providing an isolation valve in the common discharge line (83-83151-CH2A-6") from the isostripper reboiler pumps (P-7A/B) to the isostripper feed/bottoms exchanger (E-4) to help isolate (without shutting down the isostripper (V-10)) this piping or downstream components if a leak/rupture occurs | No | No Agree | | | Low | Low | Green | | | This would be helpful for maintenance but not necessarily safety. |

CONFIDENTIAL PROPRIETARY
KK-0000781

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | Consider providing water knockout pots with appropriae high and low level alarms (similar to the degassing pot [V-33] for the Molecular Sieve Unit) for (1) [V-29/31] in the Molecular Sieve Unit) for (1) the butane KOH treater (V-1), (2) the propane KOH treaters (V-19/19A), and (3) the water surge drum (V-39). The knockout pots will help operators monitor the water level in the treaters (especially during upstream upsets such as a tube failure in E-102 or E-29) and safely drain the water to the sewer | Defer to RMC | Yes | Process Engineering | 1/1/95 | High | M-H | Red | $150 M | | Refer also to #35. |
| 120 | Determine whether a check valve should be required on the inlet nitrogen connection to HF vendors' trucks to help reduce the potential for HF contamination of the nitrogen hose and/or backflow from the truck if the nitrogen hose ruptures | Yes | Yes | | 12/1/93 | L-M | L-M | Green | | | Vendor's truck has been determined to have a check valve. |
| 121 | Consider providing an orifice in each of the Alky Unit's phenolphthalein bubbler lines to help reduce the potential for releasing a significant quantity of hydrocarbon if a vent valve to a bubbler is opened too far. Also determine whether these bubblers should be modified to limit fugitive emissions | No | No Agree | | | High | Low | Green | | | Existing tubing and needle valves are self limiting regarding flow. |
| 122 | Consider developing or consolidating (e.g., from reliability files, maintenance records, turnaround plans) a written maintenance/ inspection plan for each major vessel or component (e.g., E-10A/B, E-14A/B, E-28) in the Alky Unit to help ensure the mechanical integrity of unit equipment | Yes | Yes Agree | Reliability Engineering | 4/1/94 | Low | Low | Green | | | Ongoing as part of reliability work. 4/1/94 for review. |

Page 36 of 56

CONFIDENTIAL AND PROPRIETARY
KK-0000782

| No. | Action Item | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | Investigate the cause of frequent seal failures of pumps during unit startup after turnaround, and consider implementing appropriate measures to prevent these failures | Yes | Yes Agree | Reliability Engineering | 1/1/96 | High | L-M | Yellow | | | Completion, if necessary, based on next turnaround. If pump seal failures do not occur, this is not necessary. |
| 124 | Consider blinding or disconnecting the lines (line 1-2" and (new) line 2-2") connecting the Cumene Unit's untreated propane product to the Alky Unit's propane product lines (83-83191-CH2A-3" and 83-83194-C1-3"); blinding or disconnecting the lines will help prevent misdirected flows between the two units. Also, show that the valves in these connecting lines are not car sealed open as currently designated on the P&IDs | No | No Agree | | | M-H | L-M | Yellow | | | Block valves in both the Alky and Cumene units provide the isolation requested by this recommendation. |
| 125 | Determine whether additional safeguards for the Alky Unit's cooling water header should be provided to reduce the potential for exceeding the water side design pressure of unit exchangers if flow is blocked downstream of the cooling water pumps | No | No Agree | | | Low | Low | Green | | | Procedural controls are adequate relative to the extremely remote hazard of blocked in cooling water flow. Exchangers are adequate for pump discharge pressure. |
| 126 | Consider upgrading the Alky Unit's steam condensate collection system to adequately handle the maximum capacity of condensate produced in the unit and to reduce the potential for vibration, liquid hammer, and inefficient operation of unit reboilers and heaters | Defer to RMC | No | | | High | Low | Green | | | This does not improve safety or health. In addition, the Udex revamp did provide for improved condensate return capacity. |

CONFIDENTIAL/PROPRIETARY
KK-0000783

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 127 | Consider rerouting the outlet cooling water line from the propane product condenser (E-33) so that it discharges into the secondary cooling water header rather than the tertiary cooling water header (near the outlet of the depropanizer condensers [E-14A/B]) | Defer to RMC | Yes | Process | 11/1/95 | High | L-M | Yellow | $50M | | This requires additional study to ascertain the true effect of rerouting the cooling water. |
| 128 | Consider placing the phenolphthalein bubbler in service downstream of the propane product condenser (E-33) to help operators detect HF breakthrough in the propane alumina treaters (V-18A/B) or misdirected flow of propane product from the HF stripper (V-17) directly to the propane product condenser | Yes | Yes Agree | East Plant I Operations | 4/1/94 | Low | High | Yellow | | | |
| 129 | Review the design and operating temperatures of the propane alumina treaters (V-18A/B) and the shell side of the upstream alumina treater preheater (E-29), and consider modifications to ensure that this equipment is not operated above its design temperature | No | No Agree | | | High | Low | Green | | | Intent of this recommendation is met by Limits of Operations Tables. |
| 130 | Consider developing procedures and operator training for regularly monitoring the flow of sweep gas from all five Alky Unit injection locations to the acid and non-acid relief headers | Yes | Yes Agree | EPI ops. | 4/1/94 | M-H | Low | Green | | | |
| 131 | Determine whether an independent high-high level alarm should be provided as an additional safeguard on the acid relief header knockout drum (V-20) to help quickly detect high level transients in the drum and potential back pressure in the acid relief header | No | No Agree | | | L-M | Low | Green | | | Unit operation subsequent to the October 92 turnaround does not have as much venting as what was considered by the Hazop team. |

CONFIDENTIAL/PROPRIETARY
KK-0000784

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | Review the design intent of the steam jacket on the acid relief header knockout drum (V-20), and determine if this jacket should be removed or an alternative controlled heating system should be provided | No | No Agree | | | High | Low | Green | | | Boiling a light hydrocarbon off into the RGS and condensing it there is very undesirable because it cannot be drained. It is preferable to drain from K/O drum. |
| 133 | Consider providing pressure indication and a high pressure alarm (in the control room) for the acid relief system to help trend and quickly detect blocked flow or excessive back pressure in the system | Yes | Yes Agree | Reliability | 11/1/95 | Low | High | Yellow | $40M | | |
| 134 | Consider providing a Monel check valve to help reduce the potential for reverse flow of acid in the 1½-inch KOH circulation line (83-83361-AH2A-1W¾") near the line's Monel tee connection to the 8-inch inlet line (83-83341-CM1-8") for the relief gas scrubber (V-105) | No | No Agree | | | Low | Low | Green | | | Existing practice of starting standby pump is adequate relative to the small consequence of acid backflow in this line. |
| 135 | Consider modifying the KOH changeout procedures and improving operator training to ensure that the proper level of KOH is maintained in the relief gas scrubber (V-105) to adequately neutralize the design basis release to the acid relief system | No | No Agree | | | High | Low | Green | | | Enforcement of existing RGS operating procedure meets intent of this recommendation. |
| 136 | Consider reviewing and optimizing the procedures and equipment necessary for KOH regeneration | Yes | Yes Agree | East Plant I Operations | 7/1/94 | High | Low | Green | | | |

Page 39 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000785

2

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | Determine whether backflow prevention should be provided in the 4-inch free draining line between the relief gas scrubber's (V-105) overhead line and the bottom portion of the scrubber to prevent corrosive vapors from entering the overhead line. As part of this evaluation, determine whether overpressure protection for the relief gas scrubber should be provided to help reduce the potential for overpressurizing the scrubber in the event the scrubber's trays or downcomer plug | Defer to RMC | No | | | L-M | Low | Green | | | Scrubber design provides for liquid seal on this line, thus preventing backflow. Inspection of the line is the safeguard against any potential corrosion. Less corrosion of flare line is expected because of upgrade on the Relief Gas Scrubber. |
| 138 | Consider developing written procedures for mixing and transferring solutions made from flaked KOH (used as backup to the liquid KOH system) to the relief gas scrubber (V-105) | No | No Agree | | | Low | Low | Green | | | Flake KOH no longer used. Equipment is to be decommissioned. |
| 139 | Evaluate whether isolation valves should be installed on the main steam supply headers between East Plants 1 and 11 to help prevent a refinery-wide shutdown if any of these headers fails | Defer to RMC | No | | | High | L-M | Yellow | | | Reliability issue, not safety. |
| 140 | Consider periodically monitoring and inspecting the pilot burners in the isostripper reboiler header (H-1) to ensure the pilot burners are always lit and functioning properly | No | No Agree | | | Low | L-M | Green | | | Burner pilots are observed during operator rounds and maintenance work orders written as necessary. |
| 141 | Consider providing a cooling system for personnel suited in Class C and D protective gear to help alleviate potentially extreme working conditions in these suits | Defer to RMC | No | | | High | L-M | Yellow | | | This does not help prevent catastrophes. - Not a PSM issue. |

CONFIDENTIAL/PROPRIETARY
KK-0000786

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Consider developing and implementing procedures for coordinating and limiting the number of access roads that may be simultaneously blocked or barricaded to the Alky Unit (as well as other units) to ensure adequate access for emergency vehicles at all times | Defer to RMC | Yes | W.A. Thompson | 1/1/94 | M-H | M-H | Red | | | Warren says complete now. |
| 143 | Consider improving the written procedures for the Alky Unit by ensuring continuity and consistency between the maintenance and operating procedures | Defer to RMC | Yes | East Plant 1 Operations | 4/1/94 | | | | | | This is a PSM requirement. Completion date refers to Rev. 0 procedures. |
| 144 | Consider providing a segregated HF scrap-weathering area for scrap materials from the Alky Unit. Also, consider tracking these scrap materials as they enter and leave the scrap area, and advising personnel who receive this scrap about the hazards of HF | Yes | Yes Agree | Maintenanc e | 11/1/94 | High | L-M | Yellow | | | Not related to prevention of catastrophic events. |
| 145 | Review the equipment/piping inspection frequencies suggested in Table 1 of API Recommended Practice 751, and determine whether the Alky Unit's inspection frequencies should conform to these standards | Yes | Yes Agree | Reliability Engineering | 4/1/94 | | | | | | PSM requirement. |
| 146 | Consider reviewing appropriate refinery and unit safety and evacuation procedures with tank truck drivers before they unload their trucks | No | No Agree | | | Low | M-H | Green | | | Operating personnel are present continuously during unloading. |
| 147 | Consider developing procedures that help prevent mixing streams containing HF acid drained from the Alky Unit with streams containing sulfur compounds drained from other units | No | No Agree | | | Low | L-M | Green | | | Neutralization is done in the CDM pit. New procedure calls for 11 pH. |

CONFIDENTIAL/PROPRIETARY
KK-0000787

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Consider documenting the periodic testing of the safety showers in the Alky Unit and labeling the acid sampling stations | Yes | Yes Agree | EPI Ops. | 4/94 | Low | L-M | Green | | | Modified implementation |
| 149 | Consider developing written procedures for inspecting, testing, and replacing PPE used in the Alky Unit | Yes | Yes Agree | Maintenance | 4/1/94 | | | | | | May not be PSM related. |
| 150 | Consider noting in unit operating procedures that there is a potential for high temperature (near TI-5) directly downstream of the distributor to reactor No. 2 (R-2) if excessive acid is carried over in the hydrocarbon effluent line from acid settler No. 1 (V-3) (i.e., the exothermic alkylation reaction will begin directly downstream of the distributor to R-2) | No | No Agree | | | High | Low | Green | | | Hazard is additional ASO production, not unsafe condition. |
| 151 | Determine whether the acid circulating pumps (P-4A/C) should be periodically alternated to help ensure their integrity and reliability (similar to the periodic alternating of other pumps in the Alky Unit) | Yes | Yes Agree | East Plant 1 Operations | 1/1/94 | High | Low | Green | | | |
| 152 | Consider relocating the take-off point of the 1½-inch internal acid regeneration line so that the flow control valve (FV-007) to external acid regeneration can be isolated for maintenance (upstream and downstream) without shutting off flow in the internal regeneration line | Yes | Yes Agree | Project | 11/1/95 | Low | Low | Green | $20M | | Not PSM related. |

Page 42 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000788

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153 | Consider (1) routing the signal from the local flow indication (FI-100) on the acid inlet line to the acid regenerator (V-7) into the control room and (2) providing a high flow alarm on this instrumentation. This will allow operators to directly monitor external acid regeneration flow | Yes | Yes Agree | Project | 11/1/95 | M-H | Low | Green | $20M | | Work with number 152. |
| 154 | Consider providing an electronic readout at ground level and in the control room of the pressure indicators located on top of the acid storage drums (V-2A/B) to help operators easily monitor the drums' pressures (1) before, during, and after HF acid unloading operations and (2) during acid deinventorying for shutdowns. Operators currently partially open the bottom line from the acid drums during HF unloading so they can monitor the pressure in the drums from ground level. | No | No Agree | | | L-M | Low | Green | | | Convenience item. Existing pressure indications adequate. |
| 155 | Consider providing a check valve (downstream of PV-148) in the discharge line from the molecular sieve regeneration pump (P-124) to help reduce the potential for olefins to flow back to a hot regenerating dehydrator, polymerize, and cause plugging. For similar reasons, consider developing a pressure test sequence in the control logic for regeneration of the dehydrators before the heating sequence. This will help detect leaking valves (before steam is opened for regeneration) that could allow olefins to enter the dehydrator to be regenerated | No | No Agree | | | L-M | L-M | Green | | | Not a safety item; maintenance only. |

Page 43 of 56

CONFIDENTIAL PROPRIETARY
KK-0000789

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | Consider (1) upgrading the reliability of the continuous moisture analyzers on the outlets of the molecular sieve dehydrators (V-30A/B) and the field butane dryers (V-29A/B) and (2) periodically sampling the moisture content of the outlet stream from the field butane dryers instead of the inlet stream to improve the detection of high moisture concentrations in the feed to the Alky Unit | No | No Agree | | | High | Low | Green | | | *Little or no safety consequences; plant wide program crisis for improving analyzer performance.* |
| 157 | Determine whether the normal operating pressures in the Isostripper (V-10) and the depropanizer (V-15) should be decreased to help lower the high operating temperatures experienced in the upper portions of these towers and their overhead systems before the October 1992 turnaround. Also ensure that inspection personnel are aware of the higher operating temperatures in these two towers | Yes | Yes | | 12/1/93 | Low | Low | Green | | | Isostripper operating pressure lowered after October 1992 turnaround. |
| 158 | Consider providing high-point vents on the shell sides of the depropanizer feed/bottoms exchanger (E-28) and the propane product condenser (E-35) to help vent pockets of nitrogen during startup. Also, consider noting in the unit startup procedures that the shell side of these exchangers must be liquid-full and adequately vented of any noncondensables to ensure efficient operations | Yes | Yes Agree | Process Engineering | 11/1/95 | M-H | Low | Green | $20M | | Operability not safety. |

CONFIDENTIAL/PROPRIETARY
KK-0000790

| No. | ACTION ITEM | EPI | RMC | Assigned to... | Completion date | Freq | Cnsq | Matrix Color | Cost Est. | Major? | Comments |
|-----|-------------|-----|-----|----------------|-----------------|------|------|--------------|-----------|--------|----------|
| 159 | Consider providing a check valve in the propane seal flush line to the spare depropanizer charge pump (P-10B) to help reduce the potential for alkylate flush to backflow into the propane flush system and possibly into the propane product line | No | No Agree | | | L-M | Low | Green | | | Not a safety item. |
| 160 | Consider blinding or disconnecting the normally isolated propane product line to storage that connects directly upstream of the bottoms level control valve (LV-017) for the HF stripper (V-17) | Yes | Yes Agree | | 12/1/93 | L-M | Low | Green | | | Equipment was demo'd out during Ref Gas project work. |
| 161 | Review the design basis for the five relief valves near the propane alumina treaters (V-18A/B), and determine whether all five relief valves are required | Yes | Yes Agree | | 12/1/93 | | | | | | Already done. Additional relief valves (as opposed to insufficient PSVs) are not a problem. |
| 162 | Consider noting in the emergency procedures and operator training for a loss of instrument air that stopping catalyst loading at the FCCU could help increase significantly the pressure of the instrument air system again | No | No Agree | | | Low | Low | Green | | | No. 1 FCC[1] discontinues loading upon loss of instrument air. Alky is on a different system (from EPII). |
| 163 | Consider upgrading the nighttime lighting in appropriate locations in the Alky Unit to help operators in their general surveillance activities ... | Yes | Yes Agree | | 12/1/93 | High | Low | Green | | | Additional lighting has been installed. |

CONFIDENTIAL PROPRIETARY
KK-0000791

## Explanations on Recommendations

These explanations include information on why a particular recommendation was refuted or modified. For some recommendations, comments are included on why a recommendation was accepted or completed or how it was completed subsequent to the management response.

**Recommendation 6**

The hazard addressed by this recommendation will be controlled through operating procedures for the sequence of isolation and shutdown. The likelihood and consequence of the hazard is judged to be low and the design practice from UOP and other process designers does not provide for individual overpressure protection for the low pressure side of heat exchangers.

**Recommendation 9**

The intent of this recommendation is to do a blanket or general investigation into the piping and valve specifications. This work is being done by Reliability as part of their code certifications; the specific questions are handled where they come up. The specific question behind this recommendation has been answered by Reliability. Per Reliability, the flush piping is adequate for its service. The hazard being addressed by the recommendation has been and is being addressed by Reliability's work.

**Recommendation 10**

This recommendation has been implemented. The written description has been revised since the Hazop meeting, and testing procedures have been implemented quarterly.

**Recommendation 11**

The hazard referenced by this recommendation is controlled by the quality control examination of pump casings when they are purchased and the examination of pump cases during periodic repairs. These examinations have been adequate to find any corrosion or defects in the pump cases. This work meets the intent of the recommendation.

**Recommendation 13**

The hazard addressed by this recommendation is controlled by the quarterly test procedure. During the test, the strainer element is pulled and inspected and cleaned if necessary.

**Recommendation 14**

This recommendation does not substantially improve employee safety and health. The benefit from this recommendation is to protect the pump rather than to prevent a catastrophic release. The response by unit personnel is adequate from the standpoint of protecting the equipment from damage due to running it dry.

**Recommendation 15**

This recommendation will be implemented in modified form. The hazard addressed by this recommendation is controlled by the use of a carseal procedure to control the inadvertent closing of the various isolation valves. UOP design practice has been proven adequate in industry experience. Process Engineering will, however, evaluate the tube rupture case.

**Recommendation 18.**

This recommendation requests that the storm water drainage be reviewed and upgraded

CONFIDENTIAL/PROPRIETARY
KK-0000792

and that impoundment and neutralization facilities be provided. The RMC recommends that the need for neutralization facilities be examined by determining the expected pH and acid content of runoff water from the new deluge system. The RMC does not recommend that the storm sewer be upgraded to reduce the likelihood of flooding. Such flooding during storm conditions does not lead to catastrophic results; nor has flooding been a problem during the almost 18 years of operation. Further, any LPG released is not expected to float on top of any water but is rather expected to "weather off" almost instantaneously. Thus the requested storm sewer upgrade does not substantially contribute to a substantial improvement in employee health or safety.

Recommendation 20

The hazard addressed by this recommendation is controlled by the practice of logging any open bypasses in the unit logbook.

Recommendation 22.

This recommendation asks that an alternative means be provided to determine when vessels have been deinventoried of acid during shutdowns. At the present, the only method available to make this determination is to bleed the process material to a sewer on a trial basis. The RMC recommends no action be taken on this recommendation because existing procedures and personal protective equipment adequately protect against the hazards of the work. The recommendation would thus not substantially improve employee safety or health.

Recommendation 28

The records on this equipment are available under its previous service. The HAZOP team recommendation thus reflects a material factual error.

Recommendation 32

These vessels are protected against the overpressure hazard addressed by this recommendation when in service by the steam inlet piping. When out of service, the vessels are drained and depressured and empty, so there is no hazard. In addition, the equalization line provides a relief path back through the steam system.

Recommendation 34

The design review has been done by Process Engineering as part of the overall relief system study for PSM compliance. The need for the check valve is very minor because in the unlikely event of backflow of steam or condensate into the ISOstripper, the consequence would only be an operating upset. The path of least resistance is for the flow to go to storage, so flow back to the Isostripper is very unlikely.

Recommendation 36

The hazard addressed by this recommendation is controlled by design and operating practices. The components referred to are adequate for their service. Normal design practice does not provide individual relief protection for piping components. Operating practices during maintenance or shutdowns are to drain the components.

Recommendation 39.

The hazard addressed by this recommendation is controlled by on going contractor training at the Contractor Safety Council and other programs now under development, such as the Battery Limits Safety Videos. These programs have had additional development since the Hazop team formulated its recommendations. In addition, the refinery's Emergency Response Plan is now being updated and reissued. Improvements to the plan also address the Hazop team's issues.

Page 47 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000793

Recommendation 40.

This recommendation was accepted because of a report from Dick Pinkosky indicating that according to an ANSI standard, additional safety showers may be needed. The recommendation would otherwise have been refuted, because information available to the RMC based on the extensive operating experience of Ken Bosworth indicated that the existing locations are adequate, and thus additional locations were not expected to substantially improve employee safety or health. The RMC did agree that visibility using the Class C clothing is impaired relative to normal visibility and mobility, but on the other hand, the need for use of a safety shower is minimal because the clothing protects against the exposure that would require use of the shower.

Recommendation 43.

The RMC agrees that installation of a vent standpipe on the cooling tower return line is worthwhile, and recommends their installation on a non-immediate basis. The RMC does not agree with the recommendation for hydrocarbon detectors or detection equipment for HF in the cooling water. This is because installation of the vent on the cooling water return line will tend to disperse vapors upwards and away from the cooling tower. In addition, the detectors have been unreliable in previous experience. Hence, employee safety and health is not substantially improved by their installation. Regarding the investigation of means of detecting small leaks in the cooling water, the RMC recommends against this work because of PSM. Any benefit from detecting incipient HF leaks is increased reliability, not safety. In addition, the exchangers in question have either been upgraded to Monel or placed upon a planned replacement schedule, thus making the likelihood of leaks lower than in the past. Regarding the third part of the recommendation, existing monitoring of the cooling water chemistry will detect leaks long before the acid content of the water poses a health or safety hazard. Finding HF leaks faster would reduce the subsequent maintenance cost to repair the equipment but would not promote employee safety.

Recommendation 44.

The hazard addressed by this recommendation is controlled by the existing video cameras, which provide good coverage of potential leak areas. In addition, the estimated project cost of about $250,000 makes its economic achievability questionable. An additional consideration is the previously poor reliability of such detectors.

Recommendation 46.

The hazard addressed by this recommendation is controlled in the following ways:

(1) Recommendation #56 is being implemented, which provides for additional pump isolation valves. The Hazop team suggested that Recommendation 56 would reduce the need for additional isolation capability.
(2) There is an ongoing project on remote isolation valves. This project provides for much the same study as is being requested by this recommendation. Valves have been installed in the Alky unit under this project, and additional valves may be identified.
(3) Remote isolation valves were installed as part of the Acid Minimization Project.
(4) The check valves mentioned in the recommendation appear to be of marginal value. Design philosophy for check valves is to prevent backflow from higher pressure to lower pressure equipment.
(5) Resources should be directed to the mechanical integrity program rather than to check valves that are known to be of marginal reliability, especially in this service.

Recommendation 48

Minimum stops in the software have been installed to keep the valves from totally closing and deadheading the pumps. If the valves are needed to be closed to provide isolation, the valves can be closed from the manual position. The minimum stop on FV-119 also

Page 48 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000794

provides relief protection because these are other valves in the system that fail closed.

Recommendation 50.

The hazard posed by leakage into the cooling water system is not catastrophic, and employee health or safety is not substantially improved by condensate monitoring. Condensate sampling procedures and personal protective equipment control the hazard identified by this recommendation. Condensate monitoring for traces of HF may furnish reliability improvement but not safety improvement.

Recommendation 52

The installation of additional remote isolation valves (Recommendation # 56) provides for better protection against the hazard addressed by this recommendation. For catastrophic releases, remotely operable valves are superior to tandem or double seals because the remote valves also protect against shaft, bearing, or general pump failures as well as piping failure.

Recommendation 54

Area operations team has reviewed the procedure and has concluded that the provision for class B gear is adequate as specified. Some employees had been wearing class A clothing, but the procedure has now been enforced. Additionally, there is a maintenance project to repair or upgrade the pits, which will reduce the chance of HF or hydrocarbon exposure while sampling the pit.

Recommendation 58

The hazard addressed by this recommendation is controlled by CITGO specifications and acid supplier analyses. The specifications for purchased acid include arsenic, and each shipment's bill of lading has an analysis, which is reviewed by the shift supervisor prior to acceptance. Reliance is placed upon the supplier's analysis of arsenic, as for other quality aspects of the acid.

Recommendation 61

The hazard addressed by this recommendation is controlled by a manual isolation valve that exists to allow for venting the nitrogen hose without being contaminated with HF and also for venting the HF unloading line without being contaminated with nitrogen. Sixteen years of operation have shown this to be a low risk event.

Recommendation 65

The RMC recommends against the installation of additional deluge systems for the listed air cooled heat exchangers because the air coolers are elevated, thus posing little or no fire impingement potential to other equipment, and because valving at grade provides isolation capability and because existing fire monitors provide coverage with firewater. Health and safety are not substantially improved by additional deluge systems.

Recommendation 68

The RMC recommends against the installation of check valves in pump vent lines for protection against personnel exposure. Any hazard of personnel exposure is more properly controlled by existing blinding or lockout/tagout procedures. Reliance upon check valves to provide equipment isolation does not seem prudent and would not be a good way to substantially improve employee safety/health.

Recommendation 70.

This recommendation is not a good idea because the hazard of backflow through a

CONFIDENTIAL/PROPRIETARY
KK-0000795

check valve into a failed heater pass is far greater than the inconvenience of having HF Acid migrate down the tower. The use of the Isostripper Stab-in Reboiler to strip HF vapors back up the tower, as per current procedures, is a more practical and safe means to control the referenced issue. Thus this recommendation does not substantially improve safety and health and may even introduce an additional hazard.

Recommendation 71.

The chance of a small leak through an isolation valve under fire conditions is recognized. But in a catastrophe, the main function of the valve is to block the main flow rather than to achieve an absolute seal. Also, in the Alky unit, the value of using Teflon seats to provide a tight shutoff is of considerable value for normal purposes. Leaking valves during operation and maintenance do pose hazards in HF Service, and so the Teflon is of particular value. The value of the tight shut off valve in improved safety and health for normal operations and maintenance outweighs any potential improvement under catastrophic fire conditions.

Recommendation 75

The hazard addressed by this recommendation is covered by the implementation of an updated maintenance procedure. The maintenance procedure should contain guidance about the maximum allowable lift on the piping. In addition, the unit's piping material as specified is ductile enough to withstand the usual construction and maintenance handling.

Recommendation 76

This recommendation is refuted because the PSV design basis allows for continued heat input from the named equipment. The HAZOP team recommendation was based on a lack of understanding of the system design basis.

Recommendation 77.

The hazard addressed by this recommendation is controlled by block valves at the unit and at the tank farm, as well as control valves that can be remotely actuated. The RMC recommends against the blanket installation of check valves. The piping integrity is also an additional safeguard. Refinery policy does not require check valves merely for the purpose of preventing backflow during an offsite line rupture.

Recommendation 79

The hazard referenced by this recommendation is controlled by the existing practice of plugging all valves that are normally closed or not used. Valves that are used regularly are not double blocked. Regarding the items referred to in the recommendation, the drain line on the Relief Gas Scrubber does now contain a second block valve, and the settled acid pump drains are capped.

Recommendation 80

The hazard addressed by this recommendation has been controlled by the installation of bubble cap trays in the RGS that hold an inventory of KOH solution during the time necessary to restart the circulation pumps. In addition, there is an alarm on the circulation flow to call attention to a loss of flow. And the amount of venting has been decreased compared to the amount of venting considered by the Hazop team.

Recommendation 81

The hazard addressed by this recommendation is controlled by an existing refinery

CONFIDENTIAL/PROPRIETARY
KK-0000796

safety procedure for installing blinds in the flare system. In addition, a block valve would pose an additional hazard in that it could be closed inadvertently. Installation of blinds is a job undertaken by all units. The safety procedure referenced above was developed by a multidisciplinary quality team several years ago. Their work was much more exhaustive than the consideration given by the Hazop team and did not result in the identification of the need for block valves.

Recommendation 88

The hazard referenced by this recommendation is controlled by the refinery's reliance upon corrosion resistant pressure gauges as specified by the unit designer and their satisfactory operating history.

Recommendation 89

This recommendation has been implemented since the Hazop meetings took place.

Recommendation 90

The implementation of this recommendation is not technologically achievable because the bypass line is used when shutting down. Additionally, there is very little pipe that would be "saved" by removing this pipe. It is less than 20 feet of piping. The intent of the recommendation was to minimize the total length of necessary bypass piping, but examination of the existing configuration shows that it can not be minimized by this recommendation.

Recommendation 94

The intent of this recommendation is to address the potential problems that occur when the VAX system goes down. This hazard is controlled by the existing procedural response to switch to the DCS system, which has proven adequate, and which additionally provides practice or training for other types of control system failures.

Recommendation 95

The intent of this recommendation is to prevent backflow of hydrocarbons to the acid regenerator when the acid pump trips. This hazard is controlled by the operating procedures to isolate the regeneration system.

Recommendation 98

The first part of this recommendation is unnecessary because there is a diptube in the CBM pit that prevents air backflow. The Hazop team was unaware of the existence of this tube because it is submerged in the liquid. Additional review subsequent to the Hazop meeting shows that the drain piping also has an as-piped seal leg. Air will not enter the RGS because the RGS operates at a slight positive pressure.

The area management accepts the part of the recommendation that asks for a review of the potential for air ingress on the overflow line from the KOH regeneration tank.

Recommendation 101

The hazard addressed by this recommendation is controlled by the operating procedure that covers acid unloading. This procedure clearly calls out the need to purge the line. Training and refresher training have been conducted subsequent to the Hazop on both this and other procedures.

Recommendation 106

The hazard addressed by this recommendation is controlled by procedures. In the event of a hose failure during HF unloading operations, both the vendor and CITGO personnel will

CONFIDENTIAL PROPRIETARY
KK-0000797

close their respective shutdown valves. The existing controls, including testing of the hose and system, check valves in the unloading line, and personnel protective equipment, are adequate. Interlocking the vendor and CITGO systems poses an additional level of complexity that is undesirable. Because as systems are made more complex, they become subject to unexpected failure modes and are more likely to be misunderstood or subject to human factors failures, safety systems should be kept as simple as necessary to control the hazard.

Recommendation 107

The hazard addressed by this recommendation is controlled in several ways. The alumina is purchased as per UOP specifications and is specified to be a low silica grade. During the previous years of operation, the as-purchased material has given good service. Additionally, any corrosion resulting from formation of the silica-fluoride compound should be discovered by the inspection department's work.

Recommendation 108.

The intent of this recommendation to use dry sweep gas to avoid flare line corrosion and improve mechanical integrity is achieved by the fact that refinery gas at present is for practical purposes purchased gas. Additionally, the inspection program for piping is the usual safeguard against piping corrosion failures. Thus, the hazard addressed by this recommendation has been controlled.

Recommendation 109.

The hazard addressed by this recommendation has been controlled by freeze protection studies that have been done in the past and by the incorporation of freeze protection into project design standards. Additional freeze protection is done each fall and winter, as necessary.

Recommendation 111

The hazard posed by the release of dissolved hydrocarbons to the sewer from the degassing pot water because of level controller failure is small. The amount of gas released would be negligible, thus the installation of the suggested level indicator would not result in the substantial improvement of employee health or safety. The RMC does agree that blockage of the flare line because of freezing would be hazardous, but disagrees that this is a credible scenario, given the large size of the flare line relative to the amount of water available from the degassing pot, not to mention the infrequency or even incredibility of freezing conditions at the refinery sufficient to block the flare line.

Recommendation 112

Piping is not usually protected by relief valves. The potential hazard from rupture of blocked in piping during a fire, thus adding the pipe's contents to the fire, is inadequate to justify a relief system to address the hazard. Employee safety or health would not be substantially improved.

Recommendation 113

The RMC recommends against implementation of this recommendation, which requests backflow protection in the low pressure steam supply services in case of heat exchanger tube failure. Information available to the RMC based upon past heat exchanger failures is that backflow does not occur, but that rather the leakage goes out with the normal condensate flow. Hence, the original recommendation was based upon a faulty premise. In addition, the RMC questions the Medium-High rating on frequency assigned to this item.

Recommendation 115

CONFIDENTIAL/PROPRIETARY
KK-0000798

These vessels, 83-V-101A/B, have been verified to be designed and capable for full vacuum.

Recommendation 118

The main use for the block valve that was requested would be to provide isolation for equipment maintenance in the event of amine contamination. This would be beneficial for operating convenience and to minimize the extent of shutdown time, but would have little safety implications. A valve may be of some advantage in the event of a piping leak or rupture, but the hazard posed by piping failure has been previously addressed by the overall program for the installation of such valves, which does not provide for isolation valves in this type of service. Thus the requested block valve would not substantially improve employee safety and health.

Recommendation 120

The vendor's truck has been determined to have a check valve.

Recommendation 121

The existing tubing and needle valves are self limiting and minimize the amount of flow that can be achieved through the bubbler line. Additional orifices are unnecessary. The hazard postulated by the recommendation is in fact controlled by the inherent design of the installation.

Recommendation 124

The safeguards provided by the block valves in both the Alky and Cumene units are adequate relative to the hazards presented by misdirected flow. Misdirected flow does not result in the potential for a catastrophic release. Implementation would not substantially improve employee safety or health.

Recommendation 125

The potential for accidental closing of all cooling water return lines is very remote. In addition, the overpressure and rupture of exchangers by blocked in cooling water pump discharge pressure is itself remote. The hazard addressed by the recommendation is controlled by procedural controls, which are adequate relative to the hazard.

Recommendation 126

The RMC recommends against this recommendation because the it does not improve safety or health. In the past, insufficient condensate collection capacity has been infrequently experienced, but it results in operating problems instead of safety scenarios. In addition, the intent of the request has been in fact provided by the additional collection capacity installed by the Udex upgrade, which effectively debottlenecks the Alky condensate return system.

Recommendation 129

This recommendation is itself unnecessary because the general subject of operating relative to equipment capabilities is covered under the Limits of Operations Tables. Thus the hazard addressed by the recommendation is controlled.

Recommendation 131

Present and anticipated unit operation will not require the amount of venting that was considered by the Hazop team. Hydrocarbons collected in the drum will flash and not build a level. The hazard referenced by the recommendation is controlled by the existing high level

CONFIDENTIAL/PROPRIETARY
KK-0000799

switch, which is adequate relative to the hazard. Testing of a single element system generally results in better reliability than a redundant or even triplicated system that is tested only infrequently.

Recommendation 132

-    Additional review subsequent to the Hazop session shows that boiling a light    — hydrocarbon off into the RGS will cause it to collect there, from which it cannot be drained. It is preferable to collect the hydrocarbon in the knockout drum and drain it from there.

Recommendation 134

There is little or no consequence of acid backflow in this line. The hazard addressed by the recommendation is controlled by the existing practice of starting the standby pump.

Recommendation 135

The hazard addressed by this recommendation is controlled by enforcement of the existing RGS operating procedure, which covers KOH changeout and level maintenance.

Recommendation 137

The RMC recommends that this item be rejected because it is based upon a faulty premise. The line does in fact enter below the liquid level in the scrubber, hence bypassing of the relief gas through the line is not possible. In effect, the P trap suggested by the Hazop Team already exists. (Confirm from Chester that this is a UOP standard design.)

Recommendation 138

The need for this procedure is precluded because the flaked KOH is no longer used. The equipment is planned to be decommissioned.

Recommendation 139

This is not an Alky unit safety issue so much as it is a potential refinery reliability issue. Implementation would not substantially improve employee safety or health. The concern is that there is no way to isolate the 600 psi steam headers, and when and if a problem occurs with them, an entire refinery outage will occur. An entire refinery outage will be necessary to install isolation valves, and so it would seem to make sense to wait until an outage occurs. The potential event that is being avoided by this recommendation is itself necessary to implement the recommendation.

Recommendation 140

The hazard addressed by this recommendation is covered by the observation of burner pilots, which is done as part of the existing operator rounds. Maintenance work orders are written when pilots are found to be plugged.

Recommendation 141.

.    Implementation of this recommendation would not substantially improve process safety. It is a working condition issue that is appropriately handled by East Plant I Operations and Maintenance.

Recommendation 146

The hazard addressed by this recommendation is controlled by the fact that operating personnel are present continuously during the HF unloading procedure. The CITGO operator escort will provide assistance in case of a need to evacuate.

Page 54 of 56

CONFIDENTIAL/PROPRIETARY
KK-0000800

Recommendation 147

Process materials released from the HF Alky are neutralized in the CBM pit. Additional information not available to the Hazop team is that at the wastewater treating area, the HF alky sewer stream is segregated.

Recommendation 150

Implementation of this recommendation would not substantially improve employee safety or health. The consequence being avoided is additional ASO production. No further safeguards are needed. There is less than one second residence time, limiting any potential temperature increase.

Recommendation 154

The hazard addressed by this recommendation is controlled by the existing ability to read the pressure with the local gauge. This is a convenience item. The existing methods for determining the pressure are adequate.

Recommendation 155

Implementation of this recommendation would not substantially improve employee health or safety. This recommendation addresses a scenario that is not a potential safety situation. The pluggage of the mole sieves equipment by polymer formation will result in maintenance work. There are little or no safety benefits to justify this item.

Recommendation 156

There is a plant wide program to improve analyzer performance. Their work will cover the actions requested by this recommendation. Otherwise, the recommendation is also refuted on the basis that its implementation would not substantially improve employee safety or health. Water as measured by the lab is used to control the unit's operations.

Recommendation 157

The Isostripper pressure was lowered after the October 1992 turnaround.

Recommendation 158

The hazard addressed by this recommendation is controlled by the following action: The depropanizer feed to bottoms exchanger is being modified under an EWO to switch the shell and tube side flows. This work will preclude the need for the recommended action. Management response on the E-33 recommendation is to accept it.

Recommendation 159

Implementation of this recommendation would not substantially improve employee safety or health. There is no hazardous consequence from backflowing alkylate into the propane flush. This only results in the downgrade of alkylate to propane value.

Recommendation 160

This equipment has been "demo'd out" during the RefGas project work.

Recommendation 162

The hazard addressed by this recommendation is controlled by procedural response. Upon loss of instrument air, the No. 1 FCCU will discontinue their catalyst loading operation.

CONFIDENTIAL/PROPRIETARY
KK-0000801

**Recommendation 163**

Additional lighting has been installed, especially around the defluorinators, which was an area of concern for the Hazop team.

CONFIDENTIAL/PROPRIETARY
KK-0000802



**CORPUS CHRISTI REFINERY**

**INTER-OFFICE CORRESPONDENCE**

**CITGO**

---

October 5, 1994

**TO:** Distribution

**FROM:** Lana Cullon

**SUBJECT:** HF Alkylation Unit Relief Study Summary

Summary

The HF Alkylation Unit PSM effort was completed on March 31, 1994. It is the purpose of this report to identify and offer solutions to the inadequacies in relief protection and equipment located in Unit 83 as identified via the PSM effort.(see Table 1)  Action Items 6, and 15 in the HF Alkylation Unit PHA Recommendations report (HF PHA) will be complete when the exchanger modifications in this report are implemented.  Action Item 47 of the HF PHA requires no action since the relief valves on the indicated vessels are adequate for fire case. Action Item 31 of the HF PHA requires no action since the Isostripper PSVs are adequate. Action Item 116 of the HF PHA requires no action  since the PSV's are adequate.  Action Item 21 of the HF PHA will be complete when the valves in the overhead line from the Regenerator to the Isostripper are locked open.  No other action is required for this item.

The following list of exchangers (see Table 2) were found to require modifications (see documentation for details).  Based on the API Recommended Practice, the ratio between the design pressures  on the shell and tube sides of an exchanger should exceed 2/3 to be exempt from a tube rupture failure case for relief.  In Unit 83 continue to follow the 2/3 rule for new installation.  For exchangers, which during routine maintenance require a bundle change out, upgrade the bundle to pass the 2/3 rule if needed.

**RECEIVED BY TURNAROUND**

**PLANNING** 1-19-95



EXHIBIT

J

F-0016442

Table 1

| PSV No. | Priority 1 Onstream 2 Unit Outage | Set Pressure (psig) | Equipment Protected | Capacity Status | Inlet Piping Status | Outlet Piping Status |
|---|---|---|---|---|---|---|
| 83-PSV-001 | 1 | 150 | 83-V-2A | Inadequate | Inadequate | Adequate |
| 83-PSV-002 | 1 | 150 | 83-V-2B | Inadequate | Inadequate | Adequate |
| 83-PSV-005 | 2 | 195 | 83-V-7 | Adequate | Inadequate | Inadequate |
| 83-PSV-008 | 2 | 220 | 83-V-38 | Inadequate | Inadequate | Adequate |
| 83-PSV-011 | 1 | 85 | 83-E-31 | Inadequate | Adequate | Adequate |
| 83-PSV-012 | 2 | 244 | 83-E-26 | Adequate | Adequate | Inadequate |
| 83-PSV-019 | 2 | 85 | 83-E-8 | Inadequate | Inadequate | Inadequate |
| 83-PSV-029 | 2 | 285 | 83-V-19A | Inadequate | Inadequate | Inadequate |
| 83-PSV-040 | 2 | 300 | 83-V-19B | Inadequate | Inadequate | Inadequate |
| 83-PSV-046 | 2 | 178 | 83-V-10 | Adequate | Adequate | Inadequate |
| 83-PSV-047 | 2 | 183 | 83-V-10 | Adequate | Adequate | Inadequate |
| 83-PSV-048 | 2 | 183 | 83-V-10 | Adequate | Adequate | Inadequate |
| PSV-49A | 2 | 180 | 83-V-12 | Adequate | Inadequate | Inadequate |
| 83-PSV-49B | 2 | 180 | 83-V-120 | Adequate | Inadequate | Inadequate |
| 83-PSV-050 | 2 | 185 | 83-V-12 | Adequate | Inadequate | Inadequate |
| 83-PSV-057 | 2 | 185 | 83-V-101A | Inadequate | Inadequate | Inadequate |
| 83-PSV-058 | 2 | 185 | 83-V-101B | Inadequate | Inadequate | Inadequate |

F-0016443

Table 2

| Exchanger No. | Current Tubeside Design Press. (psig) | Current Shellside Design Press. (psig) | Required Tubeside Design Press. (psig) | Required Shellside Design Press. (psig) |
|---|---|---|---|---|
| 83-R-1 | 100 | 310 | 225 | 310 |
| 83-R-2 | 100 | 275 | 225 | 275 |
| 83-E-5 ✓ | 225 | 125 | 225 | 225 (150 min) |
| 83-E-7 | 85 | 270 | 180 | 270 |
| 83-E-8 | 85 | 185 | 125 | 185 |
| 83-E-9A/B | 85 | 190 | 130 | 190 |
| 83-E-10A/B | 85 | 185 | 125 | 185 |
| 83-E-11 ✓ | 335 | 125 | 335 | 335 (225 min) |
| 83-E-12 | 125 | 320 | 320 (215 min) | 320 |
| 83-E-13A/B | 85 | 330 | 220 | 330 |
| 83-E-14A/B | 85 | 320 | 215 | 320 |
| 83-E-15 ✓ | 125 | 330 | 330 (220 min) | 330 |
| 83-E-16 | 340 | 85 | 340 | 230 |
| 83-E-22 | 660 | 195 | 660 | 440 |
| 83-E-26 | 125 | 275 | 275 (185 min) | 275 |
| 83-E-27 | 85 | 185 | 125 | 185 |
| 83-E-29 | 660 | 350 | 660 | 440 |
| 83-E-31A/B/C | 85 | 300 | 200 | 300 |
| 83-E-33 ✓ | 75 | 310 | 210 | 310 |
| 83-E-40 | 660 | 195 | 660 | 440 |

** Recommend replacement for Turnaround 10/95 all others at next change out.

Distribution:        Charlie LeRoy
                     Al Prebula
                     Clinton Schultz
                     Mike Sides
                     Ken Trial
                     Mike Harrison
                     Chester Compton
                     Steve Fischer
                     Ralph Harris
                     Martin Parrish
                     Doug Blevins
                     File 2083-05
                     Reading File

F-0016445

**Recommended Action:**
**PSV's**

1. **83-PSV-001 Acid Storage Drum 83-V-2A** The required orifice size for adequate relief is 0.27 $in^2$. The existing valve orifice is 0.196 $in^2$ and is derated due to rupture disk in inlet to 0.176 $in^2$. The governing case is 100% HF Fire case. Recommend changing from existing E orifice to F orifice with a 0.307 $in^2$ area. Also, the valve body must be changed to a 1-1/2" x 2". The inlet piping must be changed to 1-1/2" piping. The existing valve is a 1" x 2" Consolidated valve with a maximum orifice size E 0.196 $in^2$. Recommend changing rupture disk to a non-fragmenting 1-1/2" disk with minimum opening of 0.7 $in^2$. Also install a telltale on the piping between the rupture disk and the PSV. There are no other issues.

2. **83-PSV-002 Acid Storage Drum 83-V-2B** The required orifice size for adequate relief is 0.27 $in^2$. The existing valve orifice is 0.196 $in^2$ and is derated due to rupture disk in inlet to 0.176 $in^2$. The governing case is 100% HF Fire case. Recommend changing from existing E orifice to F orifice with a 0.307 $in^2$ area. Also, the valve body must be changed to a 1-1/2" x 2". The inlet piping must be changed to 1-1/2" piping. The existing valve is a 1" x 2" Consolidated valve with a maximum orifice size E 0.196 $in^2$. Recommend changing rupture disk to a non-fragmenting 1-1/2" disk with minimum opening of 0.7 $in^2$. Also install a telltale on the piping between the rupture disk and the PSV. There are no other issues.

3. **83-PSV-005 Acid Regenerator 83-V-7** The relief valve is adequate for blocked discharge and tube rupture cases. The inlet and outlet piping to the valve need to be larger. The existing inlet piping is 6" and 3" with a total pressure drop of 12.5 psi which is 6.4% of the set pressure. The outlet piping is 4" with a total pressure drop of 103 psi which is 52.9% of the set pressure. Recommend block valves between 83-E-22 and 83-PSV-5 must be locked open. In order to comply with the 2/3 rule it is recommended to replace the shell of 83-E-22 with a shell rated at 440 psig minimum.

4. **83-PSV-008 Butane Surge Drum 83-V-38** This valve is inadequate for the blocked discharge case. The required area is 0.98 $in^2$. The existing valve is a 1.5" x 2.5" valve with a size G (0.503 $in^2$) orifice. Recommend a 2" x 3" J size orifice (1.287 $in^2$). The 2" to 1.5" reducer in the inlet line will need to be removed and replaced with 2" piping and flange. Inlet and outlet piping is otherwise acceptable.

5. **83-PSV-011 Regeneration Condenser 83-E-31** The existing valve is adequate for thermal relief. The governing tube rupture case is covered in Exchanger Item 18 in this report. Lock open block valves on cooling water until resolution of exchanger issues. If bundle replacement is not feasible, then a 1.5" x 2" valve with an F size orifice (0.307 $in^2$) relieving to a flare header must be installed.

6. **83-PSV-012 Butane Feed Preheater 83-E-26** The existing valve is adequate for relief. However, this valve should be a balanced bellows valve since the backpressure from the Isostripper 83-V-10 is 145 psig, which is more than 10% of the set pressure of 244 psig. Recommend replacing relief valve with a balanced bellows valve. Also lock open block

valves between 83-E-26 and 83-PSV-12.

A tube rupture case was ran on 83-E-26. See Exchanger Item 15 in this report.

7. **83-PSV-019 Isostripper Condenser 83-E-8** Valve is too small for thermal case. Recommend a 1" x 2" size E orifice (0.196 $in^2$) for thermal. Cooling water piping is adequate for tube rupture case. See Exchanger Item 5 in this report. The block valves on the cooling water must be locked open until resolution of exchanger issues.

8. **83-PSV-029 Propane KOH Treater 83-V-19A** This valve is not adequate for a fire case on 83-V-19. The inlet and outlet piping are also inadequate. The inlet pressure drop is 35 psi which is 12.4% of the set pressure. The outlet pressure drop is 60 psi which is 21.2% of the set pressure. Recommend a 2"x 3" Size H orifice (0.785 $in^2$) relief valve and increased inlet and outlet piping size.

9. **83-PSV-040 Propane KOH Treater 83-V-19B** This valve is not adequate for a fire case on 83-V-19. The inlet and outlet piping is also inadequate. The inlet pressure drop is 35 psi which is 12.4% of the set pressure. The outlet pressure drop is 60 psi which is 21.2% of the set pressure. Recommend a 2"x 3" Size H orifice (0.785 $in^2$) relief valve and increased inlet and outlet piping size.

10. **83-PSV-046 Isostripper 83-V-10** Valve works with 83-PSV-47, 83-PSV-48, and 83-PSV-49 and 83-PSV-50 to protect the reactor system, Isostripper and Sidecut Receiver. Valves are adequate for relief. However, the block valves on all the relief paths from the protected vessels must be locked open. Inlet piping is adequate. The outlet piping is marginal with a pressure drop of 19 psi which is 10.3% of the set pressure. Balanced Bellows valves or piping modifications are recommended in this case.

11. **83-PSV-047 Isostripper 83-V-10** Valve works with 83-PSV-46, 83-PSV-48, and 83-PSV-49 and 83-PSV-50 to protect the reactor system, Isostripper and Sidecut Receiver. Valves are adequate for relief. However, the block valves on all the relief paths from the protected vessels must be locked open. Inlet piping is adequate. The outlet piping is marginal with a pressure drop of 19 psi which is 10.3% of the set pressure. Balanced Bellows valves or piping modifications are recommended in this case.

12. **83-PSV-048 Isostripper 83-V-10** Valve works with 83-PSV-46, 83-PSV-47, and 83-PSV-49 and 83-PSV-50 to protect the reactor system, Isostripper and Sidecut Receiver. Valves are adequate for relief. However, the block valves on all the relief paths from the protected vessels must be locked open. Inlet piping is adequate. The outlet piping is not adequate with a pressure drop of 30 psi which is 16.3% of the set pressure. Balanced Bellows valves or piping modifications are recommended in this case.

13. **83-PSV-049A/B Isostripper Receiver 83-V-12** Valve works with 83-PSV-46, 83-PSV-47, and 83-PSV-48 and 83-PSV-50 to protect the reactor system, Isostripper and Sidecut Receiver. Valves are adequate for relief only if the block valves on all the relief paths from the protected vessels are locked open. Inlet piping has a pressure drop of 8.3 psi which is 4.6% of the set pressure. This is a pilot operated valve so inlet is adequate since it reads the

vessel pressure. The outlet piping is inadequate with a pressure drop of 24 psi which is 13.6% of the set pressure. Recommend increasing outlet piping size.

14. **83-PSV-050 Isostripper Receiver 83-V-12** Valve works with 83-PSV-46, 83-PSV-47, and 83-PSV-48 and 83-PSV-49 to protect the reactor system, Isostripper and Sidecut Receiver. Valves are adequate for relief only if the block valves on all the relief paths from the protected vessels are locked open. Inlet piping has a pressure drop of 8.3 psi which is 4.6% of the set pressure. This is a pilot operated valve so inlet is adequate since it reads the vessel pressure. The outlet piping is inadequate with a pressure drop of 24 psi which is 13.6% of the set pressure. Recommend increasing outlet piping size.

15. **83-PSV-057, 83-PSV-058** These valves are not adequate to handle tube rupture case of 83-E-102.(see Exchanger Item 20 in this report) They also are inadequate for the fire case. If tube rupture case is resolved by replacing the shell of 83-E-102, then it is recommended to replace the 1E2 PSV's with 1-1/2" x 2" G size orifice $(0.503 \text{ in}^2)$.

## EXCHANGERS

1. **83-R-001 Reactor 1 83-PSV-003** The relief valve is adequate for thermal relief. The associated cooling water piping is adequate to handle a tube rupture. However, to ensure this protection the cooling water block valves must be locked open. To follow the 2/3 rule the tube bundle and sheet should be replaced at the next maintenance changeout with one of a design pressure of 225 psig.

2. **83-R-002 Reactor 1 83-PSV-004** The relief valve is adequate for thermal relief. The associated cooling water piping is adequate to handle a tube rupture. However, to ensure this protection the cooling water block valves must be locked open. To follow the 2/3 rule the tube bundle and sheet should be replaced at the next maintenance changeout with one of a design pressure of 225 psig.

3. **83-E-5 Isostripper Feed Preheater 83-PSV-New1** There is no relief path for hydrocarbon in a tube rupture case. Recommend replacement of shell with a design pressure of 225 psig during the next turnaround. Also install a check valve on the steam line between the control valve and the exchanger inlet to insure that acidic material or hydrocarbon is not transported to other areas of the plant in the steam system. If not feasible, a 2" x 3" size J $(1.287 \text{ in}^2)$ relief valve to flare header should be installed on the steam inlet to the exchanger.

4. **83-E-7 Alkylate Cooler 83-PSV-013** This valve is adequate for thermal relief. The cooling water piping is adequate to handle a tube rupture. However, the block valves on the cooling water must be locked open and it is recommended to replace the tube bundle and sheet with a design pressure of at least 180 psig at the next maintenance changeout.

5. **83-E-8 Isostripper Condenser 83-PSV-019** Valve is too small for thermal case. Recommend a 1" x 2" size E orifice $(0.196 \text{ in}^2)$ for thermal. Cooling water piping is adequate for tube rupture case. However, the block valves on the cooling water must be locked open and it is recommended that the bundle and sheet be replaced with one of a design pressure of 125 psig at the next maintenance changeout or a rerate can be performed on the existing bundle.

6. **83-E-9A/B Isobutane Recycle Cooler 83-PSV-018**   This valve is adequate for thermal relief. The cooling water piping is adequate to handle a tube rupture. However, the block valves on the cooling water must be locked open and it is recommended to replace the tube bundles and sheets with a design pressure of at least 130 psig at the next maintenance changeout.

7. **83-E-10A/B Depropanizer Feed Condenser 83-PSV-021**   This valve is adequate for thermal relief. The cooling water piping is adequate to handle a tube rupture. However, the block valves on the cooling water must be locked open and it is recommended to replace the tube bundles and sheets with a design pressure of 125 psig at the next maintenance changeout.

8. **83-E-11 Depropanizer Feed Preheater 83-PSV-New2**   There is no relief path for tube rupture. Recommend Replacement of shell with a design pressure of 335 psig during the next turnaround. Also install a check valve on the steam line between the control valve and the exchanger inlet to insure that acidic material or hydrocarbon does not transport to other areas of the plant through the steam system. If not feasible a 3" x 4" size L (2.853 in$^2$) relief valve to flare header should be installed.

9. **83-E-12 Depropanizer Reboiler 83-PSV-New3**   There is no relief path for hydrocarbon in the system. Recommend replacement of bundle with a design pressure of 320 psig and replace 83-V-36 with a pot designed for 320 psig during the next turnaround. Also install a check valve on steam line between control valve and inlet to bundle to insure that acidic material or hydrocarbon does not transport to other areas of the plant through the steam system. If not feasible, a 2" x 3" size J orifice (1.287 in$^2$) relief valve on 83-V-36 to flare header should be installed.

10. **83-E-13A/B Depropanizer Bottoms Cooler 83-PSV-023**   This valve is adequate for thermal relief. Tube rupture is governing.  Cooling water piping is inadequate for tube rupture case.  Recommend the tube bundles and sheets must be replaced with a design pressure of at least 220 psig during the next turnaround. If tube bundle replacement is not feasible, then a 3" x 4" Size K orifice (1.838 in$^2$) relieving to flare header is required.

11. **83-E-14A/B Depropanizer Condenser  83-PSV-024**  –This valve is adequate for thermal relief. The cooling water piping is adequate to handle a tube rupture. However, the block valves on the cooling water must be locked open and it is recommended to replace the tube bundles and sheets with a design pressure of at least 215 psig at the next maintenance changeout.

12. **83-E-15 HF Stripper Reboiler 83-PSV-New4**   There is no relief path for hydrocarbon in the system. Recommend replacement of bundle with a design pressure of at least 330 psig during the next turnaround. Also install a check valve on steam line between control valve and inlet to  bundle. If not feasible a 2" x 3" size H orifice (0.785 in$^2$) relief valve  to flare header should be installed.

13. **83-E-16 Propane Flush Cooler 83-PSV-032**   This valve is adequate for thermal relief. The cooling water piping is inadequate for tube rupture case. Recommend the tube bundle and sheet be replaced with a design pressure of 400 psig during the next turnaround.  If

tube replacement is not feasible, then a 2" x 3" Size H orifice (0.785 in$^2$) relieving to flare header is required.

14. **83-E-22, 83-V-7 Isobutane Preheater, Acid Regenerator 83-PSV-005**   The relief valve is adequate for blocked discharge and tube rupture cases. The inlet and outlet piping to the valve need to be larger. See PSV Item 3 in this report. Recommend block valves between 83-E-22 and 83-PSV-5 must be locked open. In order to follow the 2/3 rule it is recommended to replace the shell of 83-E-22 with a shell rated at 440 psig minimum at the next maintenance changeout.

15. **83-E-26 Butane Feed Preheater 83-PSV-012 TUBE RUPTURE..** The steam piping was found to have no relief path to handle a tube rupture. To insure protection the bundle should be replaced with a bundle having a design pressure of 275 psig during the next turnaround. Also, install a check valve on the steam piping between the control valve and the exchanger inlet to insure that the steam system does not transport Acidic Hydrocarbon Material to other areas of the plant.

16. **83-E-27 Butane Product Cooler 83-PSV-New5**   The cooling water piping is adequate to handle a tube rupture. However, the block valves on the cooling water must be locked open and it is recommended that the bundle and tubesheet be replaced with a design of 125 psig minimum at next maintenance changeout.

17. **83-E-29 Propane Treater Preheater 83-PSV-026, 83-PSV-027, 83-PSV-056, 83-PSV-060, 83-PSV-061,** These valves work together to protect 83-E-29 and 83-V-18A/B. They are adequate for tube rupture relief. However, the block valves between 83-E-29 and 83-PSV-26 and 83-PSV-60 must be locked open. It is recommended to replace the shell of 83-E-29 with one designed for 440 psig minimum at the next maintenance changeout. Also lock open block valve on relief outlet.

18. **83-E-31 Regeneration Condenser 83-PSV-011** The existing valve is adequate for thermal relief. Tube rupture case requires a 0.2005 in$^2$ orifice. The cooling water piping is inadequate for tube rupture case. Recommend replacement of tube bundle and sheet with design pressure of 200 psig minimum during the next turnaround. If bundle replacement is not feasible, then a 1.5" x 2" valve with an F size orifice (0.307 in$^2$) relieving to a flare header must be installed.

19. **83-E-33 Propane Product Condenser 83-PSV-New6** Cooling water piping cannot handle a tube rupture. Recommend replacement of bundle and sheet with a design of 210 psig during the next turnaround. If not feasible a 4" x 6" size M orifice (3.60 in$^2$) relief valve to flare header should be installed.

20. **83-E-102, 83-V-101A/B Butane Defluorinator Preheater, Butane Defluorinator 83-PSV-057, 83-PSV-058**   This valve is not adequate to relieve a tube rupture case from 83-E-102. The valves protect the Defluorinators from fire and are not adequate in that case either. Recommend replacing the shell of 83-E-102 with a design pressure of 440 psig minimum during the next turnaround. If not feasible, then replace the existing 1E2 PSV's with 4" x 6" size M orifices (3.60 in$^2$). (see also PSV Item 15 in this report)

3



**CITGO**
CORPUS CHRISTI REFINERY
INTER-OFFICE CORRESPONDENCE

TO:      M. Sides - 2100                    OFFICE:  C.C. Refinery

FROM:    R. Saltink (Salty) - 2800          DATE:    3 July 1995

SUBJECT: Piping Replacements for Fall "95" ALKY Unit Turnaround

SUMMARY

The attached sketches represent the recommended piping replacements for the fall
1995 turnaround in the H.F. Alky Unit.  Where feasible, piping spools will be
replaced flange to flange.  This should help reduce maintenance time during the
turnaround.

RECOMMENDATIONS

1) Replace the clouded in area on the attached sketches.

| | |
|---|---|
| Drawing # C83005 | Drawing # 83-IPS-002 |
| Drawing # 83-IPS-004 | Drawing # 83-IPS-005 |
| Drawing # 83-IPS-008 | Drawing # 83-IPS-010 |
| Drawing # 83-IPS-029 | Drawing # 83-IPS-038 |
| Drawing # 83-IPS-052 | Drawing # 83-IPS-053 |
| Drawing # 83-IPS-054 | Drawing # 83-IPS-061 |
| Drawing # 83-IPS-088 | Drawing # 83-IPS-090 |
| Drawing # 83-IPS-102 | Drawing # 83-IPS-103 |
| Drawing # 83-IPS-115 | Drawing # 83-IPS-116 |
| Drawing # 83-IPS-122 | Drawing # 83-IPS-128 |
| Drawing # 83-IPS-129 | Drawing # 83-IPS-142 |
| Drawing # 83-IPS-190 | Drawing # 83-IPS-191 |
| Drawing # 83-IPS-195 | Drawing # 83-IPS-199 |
| Drawing # 83-IPS-208 | Drawing # 83-IPS-212 |
| Drawing # 83-IPS-226 | Drawing # 83-IPS-227 |
| Drawing # 83-IPS-235 | Drawing # 83-IPS-239 |
| Drawing # 83-IPS-244 | Drawing # 83-IPS-267 |
| Drawing # 83-IPS-278 | Drawing # 83-IPS-283 |
| Drawing # 83-IPS-287 | Drawing # 83-IPS-296 |

J. R. Burnett - 2800
C. Compton - 2100
D. Daniel - 2520
B. B. Guerra - 2150
J. J. Hazewski - 2530
D. Hollingsworth - 2150
(r)  M. Monclova
G. W. Smith - 2150
J. H. Tansey - 2450
(r)  M. A. Lechtenberger
     C. F. LeRoy
     A. W. Prebula
K. Trial - 2100
Inspection File:: Unit 83 Piping



F-0018772

# CHAMPLIN REFINING COMPANY
## INSPECTION REPORT



6"

**83·V·15**
DEPROPANIZER

Replace (USE sch 80)

6"

CONT. 83·
IPS-234

6"    4"

**83·E·11**

DEPROPANIZER FD. PREHTR

NotE: Install Bypass.

8113G & 8114A
83·R·014 & 013
83·83162·CH2·6" IH

F-0018784

83·IPS·008



# CITGO REFINING
# INSPECTION REPORT





83-V-15
DEPROPANIZER



F-C018785

| LUID: | HYDROCARBON & H.F. |
|---|---|
| P&ID: | 6113G & 6114A |
| LINE NUMBER: | 83-83162-CH2-6" IH |

083008

CSsPDF – www.fesna.com

4



**CORPUS CHRISTI REFINERY**

## INTER-OFFICE CORRESPONDENCE

| | | | |
|---|---|---|---|
| **To:** | Distribution | **Office:** | 1100 |
| **From:** | M. J. Parrish | **Date:** | 7/31/95 |

**Subject:**   October 1995 Turnarounds
Project Engineering Assignments

Attached please find Project Engineering assignments for each of the October, 1995 turnaround projects. In addition, a unit coordinator is listed for the No. 2 FCC and Alky units. At this time, we do not anticipate the need for engineers to be assigned to the night shift. If an engineering decision is required during the night shift, the Construction Supervisor will contact the responsible engineer.

Please call me at X-5769 if you have any questions.

Distribution:
| | | |
|---|---|---|
| M. Smith | D. Hennigan | J. Strickland |
| A. Prebula | B. Smith | M. Sides |
| C. LeRoy | B. Duff | J. Bolliger |
| J. Tansey | D. Daniel | D. Thornberry |
| K. Trial | R. Lemley | J. Hazewski |
| G. Whipple | G. Richard | C. McCord |
| D. Wilson | K. Givens | Project Engineers |

TACOVER.DOC



F-0016366

October, 1995 T/A Assignments
Project Engineering
Rev. 0, July 31, 1995

| EWO# | Project Title | Shifts/Day | Engineer | Office | Telephone Home | Pager |
|------|---------------|------------|----------|--------|------|-------|
| **No. 2 FCCU** | | | | | | |
| 63025 | Replace Power Train S/D Sys. | 1 | Fendol Chiles | 844-5754 | 241-8320 | ------- |
| 64145 | Pump Fire Risk Control | 1 | Fendol Chiles | | | |
| 64058 | Wet Gas Compressor Seal Upgrade | 1 | Gordon Day | 844-5762 | 949-6824 | 878-8781 |
| 64207 | Expander Revamp | 1 | Gordon Day | | | |
| 90132 | Retirement of Tanks 137 & 138 (Tie-Ins) | 1 | Gordon Day | | | |
| 64142 | Slurry Pump Isolation (PSM) | 1 | George Ince | 844-5759 | 584-3633 | ------- |
| 64143 | 32-V-3 Low Level Alarm | 1 | George Ince | | | |
| 64149 | Main Column Level Indication | 1 | George Ince | | | |
| 64203 | Compressor Controls Alarms | 1 | George Ince | | | |
| 62171 | Catalyst Withdrawal Line Replac. | 1 | *Kevin Ferrall | 844-5764 | 991-2153 | 880-1346 |
| 63169 | Regenerator Riser Replacement | 2 | *Kevin Ferrall | | | |
| 64015 | Flue Gas Cooler Revamp | 2 | *Kevin Ferrall | | | |
| 64090 | GasCon Pump Reliability | 1 | *Kevin Ferrall | | | |
| 64215 | PSM Action Items - PSV Sys | 1 | *Kevin Ferrall | | | |
| 64218 | Gas Con PSM Action Items -Heat Exch | 1 | *Kevin Ferrall | | | |
| 64237 | Install Block/Bypass | 1 | *Kevin Ferrall | | | |
| 64295 | Radial Feed Nozzle | 2 | *Kevin Ferrall | | | |
| 92260 | IPSV Improvements | 1 | Martin Parrish | 844-5769 | 643-7481 | 851-4642 |
| 64088 | Closed Loop Sample Station Tie-Ins | 1 | Richard Nill | 844-5765 | 937-7621 | 850-4603 |
| 92255b | Fireproofing | 1 | Richard Nill | | | |
| 64249 | Automate #2FCC Catalyst Addition | 1 | Tom Winter | | | |
| | | | * Unit Coordinator | | | |
| | | | | | | |
| **ALKY** | | | | | | |
| 64256 | Equipment Shutdown Sys EPI | 1 | Fendol Chiles | 844-5754 | 241-8320 | ------- |
| 64267 | Pump Fire Risk Control | 1 | Fendol Chiles | | | |
| 64202 | Alky/Cumene DCS Upgrades | 1 | Glen Jackson | 844-5758 | 994-7982 | ------- |
| 64251 | New FI for Total Acid to Regeneration | 1 | George Ince | 844-5759 | 584-3633 | ------- |
| 64087 | Cooling Water Return Header Vents | 1 | Martin Parrish | 844-5769 | 643-7481 | 851-4642 |
| 63184 | Iso Stripper Top Section Replacement | 2 | Magda Perez | 844-4836 | 850-8510 | 886-0693 |
| 64230 | Alky Unit Valve Upgrade Ph. II | 1 | Tom Winter | 844-5766 | 889-3739 | 889-6375 |
| 64211 | PSV Items | 1 | *Yogesh Shah | 844-4315 | 853-8977 | 880-2902 |
| 64212 | Heat Exchanger Modif. | 1 | *Yogesh Shah | | | |
| 64250 | Heat Rejection - Cooling Twr 83 | 1 | *Yogesh Shah | | | |
| 65023 | Upgrade Acid Regen. Tower Intern | 1 | *Yogesh Shah | | | |
| 65045 | MOL Sieve PSV (PSM) | 1 | *Yogesh Shah | | | |
| 84170 | Alky Water Cannon | 1 | *Yogesh Shah | | | |
| | | | * Unit Coordinator | | | |
| | | | | | | |
| **CUMENE** | | | | | | |
| 64255 | Cumene Heater S/D System | 1 | Fendol Chiles | 844-5754 | 241-8320 | ------- |
| 65054 | Revise Cumene Unit PSV's (PSM) | 1 | Gerry DeCesaro | 844-5442 | 855-5722 | 886-7570 |
| 65055 | Cumene Fractionation Optimization | 2 | Gerry DeCesaro | | | |
| 65036 | Rplace Cumene Hot Oil Heater Air Preheater | 1 | Tom Winter | 844-5766 | 889-3739 | 889-6375 |
| 64202 | Alky/Cumene DCS upgrades | 1 | Glen Jackson | 844-5758 | 994-7982 | ------- |
| | | | | | | |
| **EPTERM** | | | | | | |
| 64085 | Replace Screwed PSV's in LPG Sys | 1 | Richard Nill | 844-5765 | 937-7621 | 850-4603 |
| | | | | | | |
| **SATGAS** | | | | | | |
| 65047 | C3/C4 Splitter Exchangers (PSM) | 1 | Kevin Ferrall | 844-5764 | 991-2153 | 880-1346 |
| 62263 | Bypass Fuel Gas Drum 42-V-3   (Refer to 92263) | 1 | Tom Winter | 844-5766 | 889-3739 | 889-6375 |
| 64290 | Upgrade EPII Lean Amine Piping (PSM) | 1 | Tom Winter | | | |
| 65096 | ADP Stripper Offgas to 42-V-1 (PSM) | 1 | Tom Winter | | | |
| | | | | | | |
| **ELEC** | | | | | | |
| 84177 | Gresco 12.47kv Distribution Station | 1 | Ted Boriack | 844-5746 | 852-8562 | 857-35? |
| | | | | | | |
| **SRU** | | | | | | |
| 4130 | Install Outlet Block Vlvs on Acid PSV's 51-PSV-140 | 1 | Tom Winter | 844-5766 | 889-3739 | 889-? |

COPY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF TEXAS

 3                  CORPUS CHRISTI DIVISION

 4   ANGIE AGUILAR, ET AL,              )     CIVIL ACTION
                                        )
 5                     PLAINTIFFS,      )     CA-C-97-279
                                        )
 6   VS.                                )     CORPUS CHRISTI, TEXAS
                                        )
 7   CITGO REFINERY, ET AL,             )     SEPTEMBER 17, 1999
                                        )
 8                     DEFENDANTS.      )
     ..................................
 9   TOMMY BRANTON, ET AL,              )     CIVIL ACTION
                                        )
10                     PLAINTIFFS,      )     CA-C-98-585
                                        )
11   VS.                                )     CORPUS CHRISTI, TEXAS
                                        )
12   CITGO REFINERY, ET AL,             )     SEPTEMBER 17, 1999
                                        )
13                     DEFENDANTS.      )
     ..................................
14   CHARLES HENRY CAVADA, ET AL,       )     CIVIL ACTION
                                        )
15                     PLAINTIFFS,      )     CA-C-99-227
                                        )
16   VS.                                )     CORPUS CHRISTI, TEXAS
                                        )
17   CITGO REFINERY, ET AL,             )     SEPTEMBER 17, 1999
                                        )
18                     DEFENDANTS.      )
     ..................................
19   HUMBERTO BARRERA, ET AL,           )     CIVIL ACTION
                                        )
20                     PLAINTIFFS,      )     CA-C-99-229
                                        )
21   VS.                                )     CORPUS CHRISTI, TEXAS
                                        )
22   CITGO REFINERY, ET AL,             )     SEPTEMBER 17, 1999
                                        )
23                     DEFENDANTS.      )
     ..................................
24

25
```

United States District Court
Southern District of Texas
FILED

SEP 29 1999

Michael N. Milby
Clerk of Court

2

```
 1   SELEDONIO M. VELA, ET AL,        )       CIVIL ACTION
                                      )
 2                    PLAINTIFFS,     )       CA-C-99-254
                                      )
 3   VS.                              )       CORPUS CHRISTI, TEXAS
                                      )
 4   CITGO REFINERY, ET AL,           )       SEPTEMBER 17, 1999
                                      )
 5                    DEFENDANTS.     )
     ...................................
 6   ANGIE AGUILAR, ET AL,            )       CIVIL ACTION
                                      )
 7                    PLAINTIFFS,     )       CA-C-99-257
                                      )
 8   VS.                              )       CORPUS CHRISTI, TEXAS
                                      )
 9   CITGO REFINERY, ET AL,           )       SEPTEMBER 17, 1999
                                      )
10                    DEFENDANTS.     )
     ...................................
11   HERLINDA ACEVEDO, ET AL,         )       CIVIL ACTION
                                      )
12                    PLAINTIFFS,     )       CA-C-99-258
                                      )
13   VS.                              )       CORPUS CHRISTI, TEXAS
                                      )
14   CITGO REFINERY, ET AL,           )       SEPTEMBER 17, 1999
                                      )
15                    DEFENDANTS.     )
     ...................................
16   PAULA AVILA, ET AL,              )       CIVIL ACTION
                                      )
17                    PLAINTIFF,      )       CA-C-99-370
     VS.                              )
18                                    )       CORPUS CHRISTI, TEXAS
     CITGO REFINERY, ET AL,           )
19                                    )       SEPTEMBER 17, 199
                      DEFENDANTS.     )
20   ...................................

21                      HEARING ON MOTIONS

22         BEFORE THE HONORABLE HAYDEN W. HEAD, JR., JUDGE
                     UNITED STATES DISTRICT COURT
23                        SOUTHERN DISTRICT

24

25
```

1  APPEARANCES FOR:

2  THE PLAINTIFFS:

3      ANGIE AGUILAR, ET AL          MR. MIKE O'BRIANT
                                      P.O. BOX 1995
4                                     CORPUS CHRISTI, TEXAS 78403

5                                     MR. SETH CORTIGENE
                                      3730 KIRBY DRIVE
6                                     HOUSTON, TEXAS 77098

7      TOMMY BRANTON, ET AL          MR. SETH CORTIGENE
                                      (SEE ABOVE)
8
       CHARLES CAVADA, ET AL         MR. STEVE HASTINGS
9                                     MR. DAVID HUERTA
                                      P.O. BOX 23080
10                                    CORPUS CHRISTI, TEXAS 78403

11                                    MS. DIANA MARTINEZ
                                      433 S. TANCAHUA
12                                    CORPUS CHRISTI, TEXAS 78401

13     HUMBERTO BARRERA, ET AL       MR. STEVE HASTINGS
                                      MR. DAVID HUERTA
14                                    MS. DIANA MARTINEZ
                                      (SEE ABOVE)
15
       SELEDONIO M. VELA, ET AL      MR. STEVE HASTINGS
16                                    MR. DAVID HUERTA
                                      MS. DIANA MARTINEZ
17                                    (SEE ABOVE)

18                                    MR. MICHAEL TERRY
                                      P.O. BOX 480
19                                    CORPUS CHRISTI, TEXAS 78403

20     ANGIE AGUILAR, ET AL          MR. MIKE O'BRIANT
                                      (SEE ABOVE)
21
       HERLINDA ACEVEDO, ET AL       MR. MIKE O'BRIANT
22                                    (SEE ABOVE)

23     PAULA AVILA, ET AL            MR. MICHAEL HEARN
                                      5425 S. PADRE ISLAND DR. #180
24                                    CORPUS CHRISTI, TEXAS 78411

25

4

```
 1  THE DEFENDANTS:                 MR. RALPH MEYER
                                    606 N. CARANCAHUA
 2                                  CORPUS CHRISTI, TEXAS 78476

 3                                  MR. JEFF KIRK SHERWOOD
                                    1333 NEW HAMPSHIRE AVE. NW
 4                                  WASHINGTON, DC 20036

 5  THE COURT RECORDER:            MS. GRACE LERMA

 6  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

 7  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE:
    JEAN BARTZ
 8  P.O. BOX 18658
    CORPUS CHRISTI, TEXAS 78480
 9  361-937-8057

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  been a slew of motions and then there's been responses --

2      THE COURT:  Do you all want to go?  Is that what this

3  is all about?

4      MR. CORTIGENE:  Yeah.

5      THE COURT:  Thank you for coming in.

6   (Some attorneys leave)

7      THE COURT:  There's Mr. Terry.  It seems to me to re-

8  solve that issue you could offer -- you could offer the deposi-

9  tion of the engineer to find out what happened with the engi-

10  neer who didn't replace it, and that way you'd have an issue of

11  -- resolution on whether or not there's any possibility for

12  punitive damages.  But if that engineer doesn't know what was

13  in his mind, then nobody does.

14      MR. HASTINGS:  My impression at this point in time,

15  Your Honor, from what we have heard is we will be making a pu-

16  nitive damage claim.  I don't know that we can, though, limit

17  it to per person less than $75,000 anyway, so --

18      THE COURT:  If it's supposed to be here, it's supposed

19  to be here; if it's not, it's not.  I just need some facts upon

20  which to make the decision.

21      MR. HASTINGS:  Absolutely.

22      MR. SHERWOOD:  Your Honor, before they leave, do I un-

23  derstand then from the first ruling that Mr. Prebula and Zachry

24  will be dismissed from the three cases?

25      THE COURT:  Yes.

1          THE COURT:  Thank you very much.  You're excused.

2      (Proceedings adjourned at 3:19 p.m.)

3                           *  *  *  *  *

4

5

6

7

8

9

10

11

12

13

14

15

16

    Transcribed by Jean Bartz.

17

18

         I certify that the foregoing is a correct transcript from

19  the electronic sound recording of the proceedings in the above

    entitled matter.

20

21

    Jean Bartz                                   September 27, 1999

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 3 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| VS. | § | C.A. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM CORP., ET AL. | § | |

## MEMORANDUM AND ORDER

The Court is very dubious that the amount in controversy exceeds $75,000 per

plaintiff. The parties are ordered to confer on amount-in-controversy jurisdictional issues and

file no later than March 3, 2000, a discovery plan to ascertain the damages claimed by the

plaintiffs, which, at a minimum, would include injuries sustained, treatment received, medical

costs paid, together with a description of any present injuries or illnesses still being suffered

and demand made. Within 30 days thereafter, all information on damages will be furnished by

plaintiffs to defendants in an electronic format. Failure to furnish the information in a timely

fashion is grounds for dismissal.

The Court also orders the Citgo defendants to furnish Al Prebula for deposition on the

issue of fraudulent joinder. The deposition will be concluded within 30 days from the date of

this order. The deposition will not exceed four hours in length. The Court anticipates an

order similar to this to be entered in other Citgo explosion cases. The deposition is to be

consolidated for these cases. All plaintiffs in all cases are to share the four hours. The



deposition taken will be filed with the Court and serve as the basis of any motion on the part of plaintiffs to remand[1].

In furtherance of this litigation, plaintiffs will furnish to defendants within 90 days the identity of ALL experts that will appear and testify, including but not limited to air modelers and medical causation experts. Within 30 days thereafter, plaintiffs will furnish to defendants a copy of each expert's COMPLETE REPORT. The Defendants shall do the same on that date. Experts not timely designated WILL NOT TESTIFY. Experts will not be allowed to testify at trial outside of their expert report. Motions to challenge the qualifications of the experts must be filed within 10 days after the expert's report is furnished, together with a request for hearing if a hearing is desired.

No trial date will be given until plaintiffs furnish all of the information ordered. The parties shall also proceed with mandatory disclosures under Fed. R. Civ. P. Rule 26 if not already accomplished.

ORDERED this ___22___ day of ___Feb___, 2000.


H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

_____

[1] A motion to remand for lack of subject matter jurisdiction may be filed at any time before final judgment. *See Cavillini v. State Farm Mut. Auto Ins. Co.,*, 44 F.3d 256, 264 (5th Cir. 1995); *see also Williams v. Spark Plugs Div. Of General Motors Corp.*, 985 F.2d 783, 786 (5th Cir. 1993).