IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § § | 14. |
| vs. | § | C.A. NO. C-00-61 |
| CITGO PETROLEUM CORP., ET AL. | § § | |

## ORDER STRIKING PLEADING

The pleading entitled "Motion to Extend Deadline to Provide Expert Reports" filed on June 22, 2000, is struck for deficiencies. The Local Rules of the United States District Court for the Southern District of Texas require that opposed motions shall, except for motions under Federal Rules of Civil Procedure 12(b), (c), (e), or (f) and 56, contain an averment that the movant has conferred with the respondent and counsel cannot agree about the disposition of the motion [LR7.1.D]. Also note Local Rule 7.2.

Because this document has been struck, it is not before the Court and will not be considered. It is the duty of all who appear before this Court to be familiar with the Local Rules and to follow them. It is inefficient and expensive for the parties and for the Court when the Local Rules are disregarded, because the Court must strike the pleadings to enforce its rules [LR11.4].

ORDERED this _28_ day of _June_, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE