IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 24 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| ANA AGUIRRE, et al., | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. C-00-61 |
| | * | |
| CITGO PETROLEUM CORPORATION, et. al., | * | |
| | * | |
| Defendants | * | |

## NOTICE OF UPDATED EXHIBIT "B" TO PLAINTIFFS' INITIAL DISCLOSURE

TO: DEFENDANTS, Citgo Petroleum Corporation, Citgo Petroleum, Citgo Refining and Chemicals, L.P., Citgo Petroleum Corporation, in its Common or Assumed Name, and Al Prebula, by and through their attorneys of record, Mr. Jeffrey K. Sherwood, Ms. Cheryl A. Falvey, Akin, Gump, Strauss, Hauer & Feld, L.L.P., 1333 New Hampshire Avenue, N.W., Suite 400, Washington, D.C., 20036; and

DEFENDANT, H.B. Zachry Company, by and through its attorneys of record, Mr. Ralph R. Meyer and Mr. Jack C. Partridge, Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, Texas 78476.

Attached hereto is an updated Exhibit "B" to Plaintiffs' Initial Disclosure. This Exhibit "B" indicates that reports of expert witnesses are tendered as of this date.

Respectfully submitted,

HALL & BATES, L.L.P.

By: *Thomas C. Hall*  by MGT 926
Thomas C. Hall                by permission
Charles Court
205 N. Presa Street
Building B, Suite 300
San Antonio, TX 78205
210/222-2000 - 210/222-1156(Fax)
State Bar #08774550
Federal #7616
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing Notice has been forwarded to Ralph F. Meyer and Jack C. Partridge, 1700 Wilson Plaza West, 606 N. Carancahua, Corpus Christi, TX 78476 and to Jeff Sherwood, 1333 New Hampshire Aven., N.W., Suite 400, Washington, D.C. 20036, on this the 4 day of July, 2000.

*Thomas C. Hall*
Thomas C. Hall
by MGT 926
by permission

## EXHIBIT B
## EXPERTS (NON MEDICAL)

Britton, Ronald A., Rohill Operating Company, Ltd., 3100 North A Street, Rohill Building, Suite 200, Midland, TX 79705, 915/686-0022, Plant Operations, Report Attached.

Britton, Wayne Ph.D., 589 Pleasant Hill Rd., Sebastopol, CA 95472, 707/823-2728, Chemistry, Attachment to John Cayias' report.

Cayias, John, Cayias Consulting, 15 Vista Cliff Place, Richardson, TX 75080, 972/839-7891, Plant Operations, Report Attached.

Cox, Edward P.Ph.D, P.E., EPC Engineering Resources, Inc., 9862 Plano Rd., Suite 100, Dallas, TX 75238, 214/349-1491, Metallurgy, Report Attached.

Kaltofen, Marco, Boston Chemical Data, P.O. Box 812392, Wellesley, MA 02181, 518/653-5588, Dispersion and Impact of Chemical Agents, Report Attached.

Krismer, Mike, 517 Ronson Drive, Corpus Christi, TX 78412, 361/993-4438, Property Damage, Cause and Cost of Repair, Photographs previously provided.

Lowry, William T. Ph.D., William T. Lowry, Ph.D., Inc., P.O. Box 5872, Arlington, TX 76005, 972/206-1525, Toxicology, Report attached.

Pohlers, Alan, 265 Eastgate, Corpus Christi, TX 78408, 361/882-4434, Plant Operations, His expertise in plant operations enables him to construct accurate models. No model or report has been prepared.

Sawyer, William R. Ph.D., Toxicology Consultants and Assessment Specialists, Inc., 2155 Singing Woods Drive, Skaneateles, NY 13152, 800/308-0080, Toxicology, report attached.

Sobel, Joseph P. Ph.D., Accu-Weather, Inc., 619 W. College Avenue, State College, PA, 16801, 814/237-0309, Weather, report attached.

Swanson, Robert N., Climatological Consulting Corporation, 1216 Babel Lane, Concord, CA 94518, 925/676-2228, Meteorologist, Air Modeler, report attached.

Tamez, Melvin, Technical Safety & Health Consulting, 1551 Daytona Drive, Corpus Christi, TX 78415, 361/851-0418, Plant safety, report attached.

Wolfson, Michael M.D., M.P.H., Syracuse Occupational & Environmental Medicine Consultants, P.O. Box 47, Dewitt, NY 13214, 315/449-1707, Medical Effects of Toxic Chemicals, report attached.

Additionally, Plaintiffs hereby designate and incorporate herein any and all individuals designated by any other party as expert witnesses.