THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANA AGUIRRE, ET AL. | § | |
| | § | |
| V. | § | CA. NO. C-00-61 |
| | § | |
| CITGO PETROLEUM CORP., ET AL. | § | |

## ORDER OF REMAND

The Court remands this case to the 94th Judicial District Court of Nueces County, Texas. *See* 28 U.S.C. 1447(c).

ORDERED this _16_ day of ___August___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE